UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETTE K. COAKLEY, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:08-cv-00976 (EGS) |
| CIGNA GOVERNMENT SERVICES, LLC, et al., | ) **ECF** |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jocelyn S. Beer as counsel in the above captioned case for Michael O. Leavitt, Secretary of Health and Human Services, and Kerry N. Weems, Acting Administrator of the Centers for Medicare and Medicaid Services.

Respectfully submitted,

s/JOCELYN S. BEER
JOCELYN S. BEER
Attorney
Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Division
330 Independence Avenue S.W.
Room 5309
Washington, D.C. 20201
(202) 205-3564