UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETTE K. COAKLEY, et al. | ) |
|       Plaintiffs, | ) |
|       v. | ) Case No. 1:08-cv-00976 (EGS) |
| CIGNA GOVERNMENT SERVICES, LLC, et al., | ) **ECF** |
|       Defendants. | ) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Mark D. Polston as counsel in the above captioned case for Michael O. Leavitt, Secretary of Health and Human Services, and Kerry N. Weems, Acting Administrator of the Centers for Medicare and Medicaid Services.

Respectfully submitted,

/s/
Mark D. Polston
Deputy Associate General Counsel
U.S. Department of Health and Human Services
Office of the General Counsel
Room 5309, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C.  20201
(202) 619-2792

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel
U.S. Department of Health and Human Services