# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETTE K. COAKLEY et al., | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-00976 (EGS) |
| | ) |
| CIGNA GOVERNMENT SERVICES, LLC et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## MOTION TO WITHDRAW APPLICATION
## FOR PRELIMINARY INJUNCTION

Pursuant to the agreement reached by the parties at the status conference on Friday, June 13, 2008, Plaintiffs hereby move this Court for leave to withdraw the pending application for preliminary injunction, filed June 9, 2008.

Dated: June 16, 2008

                                                  Respectfully submitted,

                                                /s/ Stephen B. Kinnaird
                                                Stephen B. Kinnaird
                                                D.C. Bar No. 454271
                                                Patrick Morrisey
                                                D.C. Bar No. 459399
                                                SIDLEY AUSTIN LLP
                                                1501 K Street, N.W.
                                                Washington, D.C. 20005
                                                Telephone: (202) 736-8000
                                                Facsimile: (202) 736-8711
                                                Email: skinnaird@sidley.com
                                                              pmorrisey@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing MOTION TO WITHDRAW APPLICATION FOR PRELIMINARY INJUNCTION to be served upon the following counsel for Defendants in this matter through the Court's Electronic Filing System on this 16th day of June, 2008:

| **Mark D. Polston** | **Jocelyn Stephanie Beer** | **Christopher Blake Harwood** |
|---|---|---|
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | U.S. Attorney's Office |
| 330 Independence Ave., S.W. | 330 Independence Ave., S.W. | 555 Fourth Street, N.W. |
| 5300 Cohen Building | Room 5309 | Suite 4220 |
| Washington, D.C. 20201 | Washington, D.C. 20201 | Washington, D.C. 20530 |
| Telephone: (202) 619-2792 | Telephone: (202) 205-3564 | Telephone: (202) 307-0372 |
| Facsimile: (202) 822-6995 | jocelyn.beer@hhs.gov | christopher.harwood@usdoj.gov |
| mark.polston@hhs.gov | | |

/s/ Stephen B. Kinnaird
Stephen B. Kinnaird

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETTE K. COAKLEY et al., <br>     Plaintiffs, <br><br> v. <br><br> CIGNA GOVERNMENT SERVICES, LLC et al., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:08-cv-00976 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion to Withdraw Application for Preliminary Injunction,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

This _____ day of June, 2008.

                                                    Hon. Emmit G. Sullivan
                                                    United States District Judge