UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeanette K. Coakley, et al. | ) |
| | ) |
| **Plaintiff(s)** | ) Case No.: 1:08-cv-00976 |
| v. | ) |
| Cigna Government Services, LLC, et al. | ) |
| | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Complaint for Declaratory and Injunctive Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Civil Cover Sheet on U.S. Attorney General in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 06, 2008 at 4:15 PM, I served the within Summons, Complaint for Declaratory and Injunctive Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Civil Cover Sheet on U.S. Attorney General at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Donna Monroe, General Clerk II, authorized to accept. Described herein:

Gender: Female   Race/Skin: Black   Hair: Black   Age: 5'5"   Height: 175   Weight: 48

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-10-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-003307                                                                                                               Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050