UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeanette K. Coakley, et al. <br><br> **Plaintiff(s)** <br><br> v. <br><br> Cigna Government Services, LLC, et al. <br><br> **Defendant(s)** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00976 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Complaint for Declaratory and Injunctive Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Civil Cover Sheet on Michael O. Leavitt, Secretary of the Department of Health and Human Services in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 06, 2008 at 4:05 PM, I served the within Summons, Complaint for Declaratory and Injunctive Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Civil Cover Sheet on Michael O. Leavitt, Secretary of the Department of Health and Human Services at 200 Independence Avenue, SW, Washington, DC 20201 by serving Travis Bailey, Secretary, authorized to accept. Described herein:

Gender: Male    Race/Skin: White    Hair: Black    Age: 36    Height: 5'8"    Weight: 165

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-10-08
Executed on:

_Wesley Jennings_
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-003312                                                                                          Client Reference: N/A