UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEANETTE K. COAKLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00976 (EGS) |
| | ) | |
| CIGNA GOVERNMENT SERVICES, LLC, et al., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Cigna Government Services ("Cigna"), NHIC, Corp. ("NHIC") and Michael O. Leavitt, the Secretary of Health and Human Services ("Secretary") (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court for a one-day enlargement of time, up to and including June 27, 2008, for Defendants Cigna and NHIC to answer or otherwise respond to Plaintiffs' Complaint.

In support of the instant motion, the Secretary states as follows:

1. Plaintiffs instituted this action with the filing of their Complaint on June 6, 2008.

2. Plaintiffs' Complaint was served on the Office of the United States Attorney for the District of Columbia on June 6, 2008. Thus, the current deadline for the Secretary's response to Plaintiffs' Complaint is August 6, 2008. Fed. R. Civ. P. 6(a), 12(a)(2). However, in accordance with its representation during the June 13, 2008 status conference in this matter, the Secretary is preparing a motion to dismiss for filing on June 27, 2008.

3. Defendants calculate that the current deadline for Defendants Cigna and NHIC to respond to the Complaint is June 26, 2008. Fed. R. Civ. P. 12(a)(1)(A).

4. As stated above, the Secretary plans to move by June 27, 2008 to dismiss this case in its entirety or, in the alternative, to dismiss the other Defendants from this case because, as will be fully explained in the Motion to Dismiss, the Secretary is the real party in interest and Defendants Cigna and NHIC are sued solely as his agents in administering Medicare Part B. Nevertheless, because they technically are private parties, Defendants Cigna and NHIC have only twenty, not sixty, days to respond to the Complaint. Therefore, out of an abundance of caution, Defendants request that the Court extend by one day the time for Defendants Cigna and NHIC to answer or otherwise respond to the Complaint so that Defendants need not make duplicative filings and so that Defendants Cigna and NHIC do not risk being considered in default of their obligation to respond to the Complaint.

5. The instant motion is properly made by the undersigned government counsel because, as stated above and as will be fully explained in Defendants' Motion to Dismiss, the Secretary is the real party in interest.

6. In accordance with Local Civil Rule 7(m), the undersigned counsel has contacted Plaintiffs' counsel regarding this motion. Plaintiffs' counsel stated that Plaintiffs do not oppose the Secretary's motion for a one-day enlargement of time for Defendants NHIC and Cigna to respond to the Complaint.

7. This request is made in good faith and not for purposes of delay.

8. Neither the Secretary, Cigna, nor NHIC has previously requested or been given an extension of time to respond to Plaintiffs' Complaint.

9. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                      Respectfully submitted,

                                          /s/
                                    JEFFREY A. TAYLOR
                                    United States Attorney
                                    D.C. Bar No. 498610

                                          /s/
                                    CHRISTOPHER B. HARWOOD
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                        for the District of Columbia

                                          /s/
                                    MARK D. POLSTON
                                    Deputy Associate General Counsel
                                    for Litigation

                                          /s/
                                    JOCELYN S. BEER
                                    Attorney
                                    Department of Health and Human Services
                                    Office of the General Counsel
                                    Centers for Medicare & Medicaid Services Division
                                    330 Independence Avenue S.W.
                                    Room 5309
                                    Washington, D.C. 20201
                                    (202) 205-3564

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel
Department of Health and Human Services

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEANETTE K. COAKLEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:08-cv-00976 (EGS) |
| CIGNA GOVERNMENT SERVICES, LLC, et al., | ) **ECF** |
| Defendants. | ) |

## ORDER

Having considered Defendants' Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Enlargement is hereby granted, and it is

FURTHER ORDERED that Defendants Cigna Government Services and NHIC, Corp. shall have up to and including June 27, 2008 to answer or otherwise respond to Plaintiffs' Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel