UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETTE K. COAKLEY et al., )<br>    Plaintiffs, )<br>     )<br>    v. )<br>     )<br>CIGNA GOVERNMENT SERVICES, )<br>LLC et al., )<br>     )<br>    Defendants. )<br>     )<br>     ) | Civil Action No. 1:08-cv-00976 (EGS) |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs Jeanette K. Coakley, Frances W. Royster, Theresa A. Torrisi, and Eunice L. Kozireski (collectively "Plaintiffs") hereby move for a ten-day extension of time, to and including July 21, 2008, within which to file an opposition or otherwise respond to Defendants' motion to dismiss in this case.

Defendants filed a motion to dismiss this case on June 27, 2008. Plaintiffs calculate that the current deadline for Plaintiffs to respond to the motion to dismiss is July 11, 2008. Local Rule 7(b); Fed. R. Civ. P. 6(d). Plaintiffs respectfully request a ten-day extension of time because (1) counsel for Plaintiffs is scheduled to present argument in the United States Court of Appeals for the Federal Circuit on July 8, 2008, in the case of *Broadcom Corporation v. International Trade Commission*, No. 2007-1164, and (2) counsel for Plaintiffs will be on vacation from July 9 to July 16, 2008.

Pursuant to Local Civil Rule 7(m), the undersigned counsel has contacted Defendants' counsel regarding this motion and Defendants' counsel stated that Defendants do not oppose the motion.

For these reasons, Plaintiffs respectfully request that this Court enter an order extending the deadline for an opposition or other response to the Defendants' motion to dismiss in this case until July 21, 2008.

Dated:  July 2, 2008                                          Respectfully submitted,


                                                              /s/ Stephen B. Kinnaird
                                                              Stephen B. Kinnaird
                                                              D.C. Bar No. 454271
                                                              Patrick Morrisey
                                                              D.C. Bar No. 459399
                                                              SIDLEY AUSTIN LLP
                                                              1501 K Street, N.W.
                                                              Washington, D.C. 20005
                                                              Telephone:  (202) 736-8000
                                                              Facsimile:  (202) 736-8711
                                                              Email:  skinnaird@sidley.com
                                                                      pmorrisey@sidley.com

                                                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS to be served upon the following counsel for Defendants in this matter through the Court's Electronic Filing System on this 2nd day of July, 2008:

| **Mark D. Polston** | **Jocelyn Stephanie Beer** | **Christopher Blake Harwood** |
|---|---|---|
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | U.S. Attorney's Office |
| 330 Independence Ave., S.W. | 330 Independence Ave., S.W. | 555 Fourth Street, N.W. |
| 5300 Cohen Building | Room 5309 | Suite 4220 |
| Washington, D.C. 20201 | Washington, D.C. 20201 | Washington, D.C. 20530 |
| Telephone: (202) 619-2792 | Telephone: (202) 205-3564 | Telephone: (202) 307-0372 |
| Facsimile: (202) 822-6995 | jocelyn.beer@hhs.gov | christopher.harwood@usdoj.gov |
| mark.polston@hhs.gov | | |

/s/ Stephen B. Kinnaird  
Stephen B. Kinnaird

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEANETTE K. COAKLEY et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 1:08-cv-00976 (EGS) |
| | ) | |
| CIGNA GOVERNMENT SERVICES, LLC et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

**PROPOSED ORDER**

AND NOW, upon consideration of Plaintiffs' Unopposed Motion for an Extension of Time in Which To Respond to Defendants' Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED.  Plaintiffs shall file an opposition or other response to the Defendants' motion to dismiss on or before July 21, 2008.

This _____ day of July, 2008.

_____
Hon. Emmit G. Sullivan
United States District Judge