AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-10-08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lindsey Wozencraft | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving Ellen C. Bonner, Vice President/Sr. Counsel, authorized to accept. Service was completed at 2 Vantage Way, Nashville, TN 37228

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08
           Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*


\* Notice of Right to Consent to Trail Before United States Magistrate Judge, Civil Cover Sheet

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.