UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEANETTE K. COAKLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00976 (EGS) |
| | ) | |
| CIGNA GOVERNMENT SERVICES, LLC, et al., | ) | **ECF** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants Cigna Government Services, LLC, NHIC, Corp., Michael O. Leavitt, the Secretary of Health and Human Services, and Kerry N. Weems (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court for a two-day enlargement of time, up to and including August 4, 2008, to file and serve their reply in support of their Motion to Dismiss Plaintiffs' Complaint.

In support of the instant motion, Defendants state as follows:

1.    Plaintiffs instituted this action with the filing of their Complaint on June 6, 2008.

2.    This Court held a status conference in this case on June 13, 2008. At the status conference, Defendants stated that they would move to dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction within two weeks. During the status conference, the parties discussed a potential briefing schedule with the Court which contemplated that Plaintiffs would have two weeks to respond to the Motion to Dismiss and Defendants would have two weeks to reply. However, the Court did not set a briefing schedule at that time.

3.   In accordance with their representation during the status conference, Defendants moved to dismiss Plaintiffs' Complaint on June 27, 2008. After this Court granted Plaintiffs' unopposed motion for a ten-day enlargement of time to file their Opposition to Defendants' Motion to Dismiss, Plaintiffs filed their Opposition brief on July 21, 2008. Thus, the current deadline for Defendants to file their reply is July 31, 2008. Local Civil R. 7(d); Fed. R. Civ. P. 6(d).

4.   Due to the complex nature of the jurisdictional issues in this litigation, and the press of other business, Defendants seek an additional two days to file their reply to Plaintiffs' Opposition brief.

5.   In accordance with Local Civil Rule 7(m), Defendants' counsel has contacted Plaintiffs' counsel regarding this motion. Plaintiffs' counsel stated that Plaintiffs do not oppose Defendants' motion for a two-day enlargement of time to file their reply to Plaintiffs' Opposition.

6.   This request is made in good faith and not for purposes of delay.

7.   Defendants have not previously requested or been given an extension of time to file their reply to Plaintiffs' Opposition to the Motion to Dismiss.

8.   There are no other previously scheduled deadlines in this case.

    A proposed Order is attached.

                                      Respectfully submitted,

                                        _____/s/_____
                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      D.C. Bar No. 498610

                                        _____/s/_____
                                      CHRISTOPHER B. HARWOOD
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                          for the District of Columbia

                                        _____/s/_____
                                      MARK D. POLSTON
                                      Deputy Associate General Counsel
                                      for Litigation

                                        _____/s/_____
                                      JOCELYN S. BEER
                                      Attorney
                                      Department of Health and Human Services
                                      Office of the General Counsel
                                      Centers for Medicare & Medicaid Services Division
                                      330 Independence Avenue S.W.
                                      Room 5309
                                      Washington, D.C. 20201
                                      (202) 205-3564

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel
Department of Health and Human Services

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEANETTE K. COAKLEY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00976 (EGS) |
| ) | |
| CIGNA GOVERNMENT SERVICES, ) | **ECF** |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

Having considered Defendants' Unopposed Motion for An Enlargement of Time to File Their Reply in Support of Their Motion to Dismiss, and the entire record herein, it is this _____ day of _____, 2008:

ORDERED that Defendants' Unopposed Motion for An Enlargement of Time to File Their Reply in Support of Their Motion to Dismiss is hereby granted; and it is

FURTHER ORDERED that Defendants shall have up to and including August 4, 2008 to file their reply to Plaintiff's Opposition to the Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel