**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEANETTE K. COAKLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00976 (EGS) |
| | ) | |
| CIGNA GOVERNMENT SERVICES, | ) | **ECF** |
| LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**</u>

The Defendants moved to dismiss this case because they withdrew the proposed local coverage determinations (LCDs) for which Plaintiffs sought review in this Court – before the LCDs ever went into effect.  Plaintiffs respond with 32 pages of briefing and 248 pages of attachments to persuade the Court that it should continue to review LCD provisions that do not exist and render an advisory opinion just in case the Secretary decides to change course at some point in the future.  However, the Court does not have jurisdiction to review these LCDs because the sole basis for this Court's jurisdiction is a provision of the Medicare Act that limits the Court to reviewing: (1) LCDs that are currently in effect; (2) in challenges brought by parties who have had coverage denied.  Plaintiffs can meet neither requirement.  Moreover, Plaintiffs did put material facts about the proposed LCDs at issue when they contended that they were "arbitrary and capricious," that is, wrong on their merits.  These contentions contradict Plaintiffs' erroneous allegation that they did not contest material facts in their Complaint when they sought review in this Court under 42 U.S.C. 1395ff(f)(3).

Even if the Court did have jurisdiction when Plaintiffs filed their Complaint, this case is now moot.  The Secretary has twice considered applying the least cost alternative (LCA)

principle to levalbuterol – at the national and local level – and twice decided against it.

Moreover, the Secretary has also instructed his agents, the Durable Medical Equipment Medical

Administrative Contractors (DME MACs), that they are not authorized to apply LCA to

levalbuterol on their own initiative, removing the authority that the DME MACs would

otherwise have to initiate such a coverage determination.  Thus, the conduct Plaintiffs challenge

cannot reasonably be expected to start up again, especially since it never started.  Instead, any

decision by the Court would be purely advisory since it would either enjoin or declare unlawful

an action that has not occurred and is not currently likely to occur.

## ARGUMENT

## I.     THE MEDICARE ACT LIMITS JUDICIAL REVIEW UNDER 42 U.S.C. § 1395FF(F)(3) TO CURRENTLY EFFECTIVE LCDS

The Medicare Act precludes judicial review except when claim for benefits is exhausted

or review is otherwise unavailable as a practical matter.  *See Shalala v. Illinois Council on Long*

*Term Care,* 529 U.S. 1, 10 (2000).  Plaintiffs contend that they may obtain judicial review under

42 U.S.C. § 1395ff(f)(3).  Pl. Opp. at 21.  This provision permits judicial review for beneficiaries

who wish to challenge currently effective LCDs on purely legal grounds.  In order to obtain

judicial review, the beneficiary must challenge "a determination that may otherwise be subject to

review under . . . [42 U.S.C. § 1395ff(f)(2)(A)(i)]."  42 U.S.C. § 1395ff(f)(3).  Subparagraph

1395ff(f)(2)(A)(i) permits review of a LCD by an administrative law judge (ALJ).  For purposes

of 42 U.S.C. § 1395ff(f)(2)(A), a LCD is defined as "a determination by a fiscal intermediary or

a carrier under part A or part B, as applicable, respecting whether or not a particular item or

service *is covered* on an intermediary – or carrier – wide basis under such parts, in accordance

with [42 U.S.C. § 1395y(a)(1)(A)]."  42 U.S.C. § 1395ff(f)(2)(B) (emphasis added).  The statute

2

does not permit review of a defunct determination that an item or service was not covered in the past or a proposed determination that it might not be covered in the future, but speaks only in the present tense.

This reading of the statute is confirmed by section 1395ff(f)(2)(A)(i), which requires that "an aggrieved party" file any complaint challenging an LCD. *See* 42 C.F.R. § 426.110 (defining "aggrieved party" as a beneficiary who "[i]s in need of coverage for a service that is denied based on an applicable LCD . . . regardless of whether the service is received). Elsewhere, the Act requires that an action challenging an LCD may be "initiated only by individuals . . . who are in need of the items or services that are the subject of the coverage determination." 42 U.S.C. § 1395ff(f)(5) (captioned "STANDING"). Regardless of whether Plaintiffs were "aggrieved parties" when they filed their action, their grievance evaporated when the Secretary withdrew the challenged LCD provisions.

The Secretary's regulations which implement Section 1395ff(f) are equally clear that review will be granted only for challenges to currently effective LCDs. 42 C.F.R. § 426.325(a) provides that "[o]nly LCDS or NCDs . . . that are currently effective may be challenged." 42 C.F.R. §426.325(b) lists "some items" that "are not reviewable" which include "(1) Predecisional materials, including — (i) Draft LCDs . . . ; (2) Retired LCDs or withdrawn NCDs; [and] (3) LCD or NCD provisions that are no longer in effect due to revisions or reconsiderations." The proposed LCDs in this case cannot form the basis for the Court's jurisdiction because they were withdrawn, before ever becoming effective, on June 11, 2008. Likewise, Plaintiffs were never denied coverage for services based on the proposed LCDs. *See* 42 C.F.R. § 426.110. *See also* 42 C.F.R. § 426.320(a) (right to seek review of LCDs limited to

"aggrieved parties").  For all these reasons, the draft LCD provisions challenged here are not "subject to review" under 42 U.S.C. § 1395ff(f)(2)(A)(i) and thus cannot support subject matter jurisdiction in this Court.

The Court should follow a recent decision of this district in *Bailey v. Mutual of Omaha*, 534 F. Supp. 2d 43 (D.D.C. 2008).  In *Bailey*, the court rejected the beneficiary's contention that it had jurisdiction under 42 U.S.C. § 1395ff(f)(3) because the Secretary's regulations limit review to "currently effective LCDs."  534 F. Supp. 2d at 51.  Instead of focusing on whether the LCD was retired before the plaintiff filed her district court action, *see* Pl. Opp. at 17, the court noted that the retirement of the LCD during the administrative proceedings "deprived" the ALJ of jurisdiction "because retired LCDs are not subject to review."  534 F. Supp. 2d at 48 (citing 42 C.F.R. § 426.420(e)(1)).  This Court should follow *Bailey* and dismiss this case because there is no currently effective LCD that applies the LCA principle to levalbuterol.  Instead, if one of the Plaintiffs has a claim denied, she may pursue review of the claim denial pursuant to 42 U.S.C. § 1395ff(b).

Plaintiffs suggest that notwithstanding the current absence of any LCDs that restrict their access to levalbuterol, the Court should focus on whether jurisdiction existed on June 6, 2008, when they filed their Complaint.  Pl. Opp. at 16.  Contrary to their contentions, *id.*, all that existed on June 6, 2008 were four LCDs that were yet not in effect.  Indeed, Plaintiffs admit that they were receiving levalbuterol at that time.  Compl. at ¶¶ 3, 5, 7, 9.  Consequently, as shown above, Plaintiffs did not meet the statutory requirements on June 6, 2008, because they were neither "aggrieved" nor challenging a currently effective LCD.  Thus, it is unnecessary to reach the question of whether the Court had jurisdiction as of June 6 to adjudicate Plaintiffs' request

for emergency relief to prevent the LCD provisions from becoming effective (which Defendants doubt), because any such jurisdiction disappeared when the LCD provisions were withdrawn. Certainly, as shown above, the Court never had jurisdiction to review the LCD provisions themselves since they were never effective. Since the Court never obtained jurisdiction over the proposed LCDs, their withdrawal does not "oust" it. *Gwaltney of Smithfield Ltd. v. Chesapeake Bay Found., Inc.*, 484 U.S. 49, 69 (Scalia, J., concurring).[1]

Plaintiffs cite a litany of cases to support the general proposition that the Court's jurisdiction was fixed as of the time Plaintiffs filed their Complaint. *See, e.g. Worth v. Jackson*, 451 F.3d 854, 859-860 (D.C. Cir. 2006) (expired employment policy was in place when suit was filed and "existence of federal jurisdiction ordinarily depends on the facts as they exist when the complaint is filed"). Generally, however, the Administrative Procedure Act (APA) prohibits review of agency action that is not final, 5 U.S.C. § 704, even if the agency withdraws its proposed regulations after suit is filed. *See Public Citizen Health Research Group v. Commissioner, Food and Drug Administration*, 740 F.2d 21, 33 (D.C. Cir. 1984) (APA did not permit review of proposed regulation signed by the Secretary after the Secretary later withdrew the regulation). The Supreme Court has held that the APA requirement of finality "permits the agency an opportunity to correct its own mistakes and to apply its expertise," thus preventing "piecemeal review which at the least is inefficient and upon completion of the agency process might prove to have been unnecessary." *FTC v. Standard Oil Co. of California*, 449 U.S. 232,

---

[1]  While Defendants did state in their opening brief that the LCDs "were no longer" proper subjects for the Court's jurisdiction, Defs. Mem. at 13, that statement is of little moment. Defendants cannot confer subject matter jurisdiction on the Court by consent, or remedy defects in jurisdiction after the fact. *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 571 n.4 (1992).

242 (1980). In this case, the Medicare Act restricts judicial review to effective coverage

decisions, challenged by "aggrieved parties," to avoid premature intervention in cases, like this

one, where it is not necessary, because there are no LCD provisions for the Court to review.

None of Plaintiffs' cases concerns the Medicare Act, much less 42 U.S.C. § 1395ff(f)(3),

or even review of administrative agency action. Instead, they interpret the general grants of

diversity and admiralty jurisdiction which are inapposite to the Medicare Act. *See* Pl. Opp. 15

(citing *Mollan v. Torrance*, 22 U.S. 537, 539 (1824) (post-filing relocation of parties does not

defeat diversity jurisdiction); and *Greenwell v. Aztar Ind. Gaming Corp.*, 268 F.3d 486, 492 (7th

Cir. 2001) (allegation of maritime nexus for medical malpractice claim sufficient for federal

jurisdiction)).[2]

Also not on point are Plaintiffs' cases interpreting the citizen suit provisions of the Clean

Water Act. *See* Pl. Opp. at 15-16. The Clean Water Act permits a citizen suit against any person

"alleged to be in violation of" the Act at the time of filing. 33 U.S.C. § 1365(a)(1). The

Supreme Court has held that plaintiffs need not prove the violation for jurisdiction to attach, so

long as they make a good faith allegation at the time of filing. *Gwaltney of Smithfield, Ltd. v.

Chesapeake Bay Foundation, Inc.*, 484 U.S. 49, 64-65 (1987). *See also Natural Resources

Defense Council, Inc. v. Texaco Refining and Marketing, Inc.*, 2 F.3d 493, 501 (3d Cir. 1993)

("Although subject matter jurisdiction depends entirely on the sufficiency of a plaintiff's good

faith allegations, a plaintiff nevertheless is required at trial to prove that the alleged violations

---

[2] Even diversity jurisdiction is not completely static. A post-filing realignment of the real parties in interest that destroys complete diversity will divest the court of subject matter jurisdiction. *See Mutual Benefit Group v. Gentzler & Smith Associates*, 496 F. Supp. 2d 133, 136 (D.D.C. 2007) (Sullivan, J.)

are continuous or intermittent in order to satisfy the requirement of standing."); *Carr v. Alta Verde Indus., Inc.*, 931 F.2d 1055, 1061 (5th Cir. 1991) (plaintiff may establish standing by making good faith allegation of continuous or intermittent violation to establish standing but must prove it at trial on the merits).  Unlike the Clean Water Act, however, the Medicare Act requires the existence of a "currently effective" LCD for the Court to review, *Bailey*, 534 F. Supp. 2d at 51, not just an allegation of it.

Plaintiffs attempt to bolster their argument that post-filing actions cannot affect jurisdiction by citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992), and *Keene Corporation v. United States*, 508 U.S. 200 (1992), Pl. Opp. at 15, but both cases stand for the proposition that if jurisdiction is lacking at the time of filing, then post-filing actions cannot create it.  *See Lujan*, 504 U.S. at 571 n.4 (participation of funding agencies in lawsuit brought against different agency does not create jurisdiction that was absent at the time of filing); *Keene Corporation*, 508 U.S. at 207 (where Court of Federal Claims did not have jurisdiction under 28 U.S.C. § 1500 at time of filing due to pendency of other actions, subsequent dismissals of those actions will not create jurisdiction).  *Lujan* and *Keene* are thus inapposite.

Plaintifs are also not helped by *Baggett v. First Nat'l Bank of Gainesville*, 117 F.3d 1342 (11th Cir. 1997).  *See* Pl. Opp. at 15.  In *Baggett*, the Eleventh Circuit, after dismissing the federal claims, considered whether to exercise supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367(c).  117 F.3d at 1352-53.  While the court noted the general rule that subject matter jurisdiction is determined at the time of filing, *id.* at 1352, it considered whether federal review was appropriate, and ultimately declined to exercise supplemental jurisdiction over state law claims under 28 U.S.C. § 1367(c)(3).  *Id.* at 1353.  Thus, in *Baggett* the court did examine

post-filing events and did hold that those events affected the court's jurisdiction because the

court was instructed to do so by 28 U.S.C. § 1367(c).  Here, as in *Baggett*, the Court must look

first and foremost to the terms of the grant of jurisdiction from the Congress.  This case should

be dismissed because Congress limited court review to a currently effective LCD challenged by

"an aggrieved party."

## II.     PLAINTIFFS DISPUTE MATERIAL FACTS WHEN THEY CONTEND THAT THE DRAFT LCDS ARE ARBITRARY AND CAPRICIOUS

This Court also did not have jurisdiction over Plaintiffs' claims as of June 6, 2008

because, contrary to what they say now, Plaintiffs did not confine their Complaint to procedural

claims but allege in Count I of their Complaint that the proposed LCDs "are arbitrary and

capricious and contrary to law."  Compl. ¶ 30.  The only reasonable inference to be drawn from

this Count is that Plaintiffs wish to have the Court set aside the LCDs because Plaintiffs believe

they are wrong on their merits.  *Compare* 5 U.S.C. § 706(2)(A) (administrative agency action to

be set aside if it is "arbitrary and capricious or otherwise not in accordance with law") *with*

5 U.S.C. § 706(2)(C) (administrative agency action to be set aside if "in excess of statutory

jurisdiction, authority, or limitations, or short of statutory right").  Plaintiffs contend elsewhere

in the Complaint that the proposed LCD provisions are ultra vires.  *See* Compl. ¶¶ 31-35

(alleging LCD provisions beyond the statutory and regulatory provisions prescribing the scope of

LCD authority); ¶¶ 36-41 (alleging LCDs violate statutory rate for levalbuterol purportedly set

by 42 U.S.C. § 1395w-3a); ¶¶ 42-44 (alleging PIM provisions authorizing DME MACs to use

LCA policies are contrary to law); ¶¶ 45-46 (alleging that the Secretary may not grant LCA

authority to DME MACs).  Thus, Count I can only be read as challenging the proposed LCDs

themselves, and not the agency's authority to adopt them.

The Supreme Court has explained that arbitrary and capricious review is not limited to considering whether an agency acted within its statutory authority, but also whether it properly examined relevant data and explained its decision. *Motor Vehicles Manufacturers Ass'n v. State Farm Mutual Automobile Ins. Co.*, 463 U.S. 29, 43 (1983). In this case, Plaintiffs thus contend that Defendants did not examine the relevant data or properly explain their decision to apply the LCA principle to levalbuterol in the draft LCDs. This reading is borne out by the allegations in the Complaint. Plaintiffs allege not just that they need levalbuterol, Compl. ¶ 22, but also that they would be harmed if forced to switch to albuterol, Compl. ¶¶ 4, 6, 8, 10 (alleging that Plaintiffs "will suffer negative effects if [they are] forced to switch to racemic albuterol").[3] Thus, Plaintiffs did not just assert facts to attempt to obtain statutory standing under 42 U.S.C. § 1395ff(f)(5), but also to support Count I of their complaint. *See* Compl. ¶ 29 (incorporating earlier paragraphs by reference to support Count I).

Plaintiffs assert that 42 U.S.C. § 1395ff(f)(3) only requires that the moving party allege that no material facts are in dispute, and that for purposes of a motion to dismiss, any such allegation in their Complaint must be considered true. Pl. Opp. at 21. While the court must still "accept all of the factual allegations in [the] complaint as true," *Jerome Stevens Pharms., Inc. v. FDA*, 402 F.3d 1249, 1253 (D.C. Cir. 2005), "[b]ecause subject-matter jurisdiction focuses on the court's power to hear the plaintiff's claim, a Rule 12(b)(1) motion imposes on the court an

---

[3] Although Plaintiffs withdrew their motion for preliminary injunction, the supporting materials included declarations from beneficiaries stating that they found levalbuterol superior to albuterol. (Pl. Mot. Prelim. Inj. at 13-14 and Exhibits R-U.) Plaintiffs cannot have it both ways: seeking extraordinary relief by asserting they would be irreparably harmed by the loss of a clinically superior drug while simultaneously invoking the Court's jurisdiction using a statutory provision which bars consideration of the drugs' clinical merits.

affirmative obligation to ensure that it is acting within the scope of its jurisdictional authority," *Grand Lodge of Fraternal Order of Police v. Ashcroft*, 185 F. Supp. 2d 9, 13 (D.D.C. 2001). "For this reason, 'the [p]laintiff's factual allegations in the complaint . . . will bear closer scrutiny in resolving a 12(b)(1) motion' than in resolving a 12(b)(6) motion for failure to state a claim." *Id.* at 13-14 (quoting 5A Charles A. Wright & Arthur R. Miller, Fed. Prac. & Proc. Civ.2d, § 1350). Moreover, Plaintiffs' reading of the statute would reward artful pleading and lead to absurd results, when, as here, the Complaint also contends that the proposed LCD provisions are wrong. Those allegations equally should be considered true for purposes of a motion to dismiss.

Plaintiffs argue that they must plead sufficient facts for standing under 42 U.S.C. § 1395ff(f)(5), which requires that beneficiaries be "affected by" the LCD at issue. Pl. Opp. 24. In fact, Section 1395ff(f)(5) requires that the action be brought by individuals "who are in need of the items or services that are the subject of the coverage determination." Plaintiffs could easily have alleged that they were "in need of" levalbuterol and still have brought a purely legal challenge had they stuck to the ultra vires arguments without taking on the proposed LCD provisions themselves.

Plaintiffs also miss the point when they assert that they did not put facts at issue because they did not provide the evidence required by the Program Integrity Manual to support a LCD finding. Pl. Opp. at 23. They have made factual allegations that are material to their contention that the draft LCD provisions were "arbitrary and capricious," even if they did not provide evidence to support their contentions. Not only were Plaintiffs never "aggrieved," and never challenged an effective LCD, but they also did not bring a purely legal challenge as required by 42 U.S.C. § 1395ff(f)(3). The Court should dismiss the Complaint for lack of jurisdiction.

10

### III.    PLAINTIFFS' REQUESTS FOR RELIEF ARE MOOT.

The Secretary has demonstrated that Plaintiffs' claims are moot because the Court cannot grant Plaintiffs any relief they have not already received.  Defs. Mem. at 19.  Plaintiffs claim that they should be allowed to proceed with their claims for prospective relief because, since the Secretary voluntarily ceased the allegedly illegal course of conduct, the Secretary bears the burden of demonstrating that the conduct will not restart.  Pl. Opp. at 24.

Contrary to Plaintiffs' contentions, the Supreme Court's decision in *Friends of the Earth* does not require "absolute clarity" that "the LCA policy will never be reinstated."  Pl. Opp. at 26.  Rather, *Friends of the Earth* requires that it be "absolutely clear" that the allegedly wrongful behavior cannot "reasonably be expected to recur."  *Friends of the Earth v. Laidlaw Environmental Svcs. (TOC), Inc.*, 528 U.S. 167, 170 (2000).  "A speculative possibility is not a basis for retaining jurisdiction over a moot case."  *McCarthy v. Ozark School Dist.*, 359 F.3d 1029, 1036 (8th Cir. 2004).  Here, it is undisputed that the Secretary and the DME MACs twice considered and twice rejected the application of the LCA principle to levalbuterol, at both the national and local level.  No NCD was ever finalized applying LCA to levalbuterol.  *See* Pl. Opp. at 27.  And no LCD was ever finalized applying LCA to levalbuterol.  *See* Defs. Exhs. C- F.

Defendants did not act simply to thwart court jurisdiction.  The Ninth Circuit has upheld the use of LCDs to apply the LCA principle as a valid interpretation of 42 U.S.C. § 1395y(a)(1).  *Erringer v. Thompson*, 371 F.3d 625, 627 (9th Cir. 2004).  Moreover, the draft LCD provisions were withdrawn nationwide – not just by the two DME MACs who were named as defendants to this lawsuit.  This case is thus comparable to *McCarthy v. Ozark School District*, where the Eighth Circuit held that the state had established its burden to show that recurrence could not

reasonably be expected, where the challenged religious exemption in a mandatory vaccination statute was within existing case law, yet the state legislature promptly acted to expand the exemption beyond the class of children involved in litigation.  359 F.3d at 1036.  *Cf. Lake Pilots Ass'n v. Coast Guard*, 257 F. Supp. 148, 157 (D.D.C. 2003) (agency did not meet burden when it partially withdrew rate rule policy after implementing it for a year).

Plaintiffs assert that the "under review" language in the joint signature memorandum indicates that CMS has not completely abandoned the idea of applying the LCA principle to levalbuterol in the future.  However, it is only natural that the Secretary would want to review the effects of Congress's December 2007 amendment of 42 U.S.C. § 1395w-3A.  Moreover, by taking the matter "under review," the Secretary removed the DME MACs authority to restart the LCD process on their own initiative.  Thus, even though the Program Integrity Manual Provisions remain in place, the DME MACs cannot use them for levalbuterol unless and until CMS affirmatively acts to authorize it, and CMS does not currently plan to do so.  After all, CMS has already rejected the application of the LCA principle to levalbuterol on two separate occasions.  This case does not fall within the Supreme Court's holding in *City of Mesquite* because the DME MACs cannot simply reinstitute the draft LCD provisions.  *City of Mesquite v. Aladdin's Castle, Inc.*, 455 U.S. 283, 289 (1982) (city's repeal of objectionable ordinance did not render case moot because city could simply reenact same language and city had announced such an intention).  Even if the Secretary did authorize the DME MACs to reinstitute the draft LCD provisions, the DME MACs would be required to publish them for comments and give another notice provision.  This case is thus distinct from *American Lands Alliance v. Norton*, where the

agency did not repeal its illegal policy, but promised not to use it.  360 F. Supp. 2d 1, 7 (D.D.C. 2003).

The D.C. Circuit's decision in *Worth v. Jackson* is not to the contrary.  In *Worth*, the Court of Appeals affirmed a district court holding of mootness based on an express promise by the agency not to use an expired policy.  451 F.3d at 861.  However, while an express promise may be sufficient, the court did not hold that such a promise was necessary to establish mootness.

Plaintiffs also attempt to defeat mootness by asserting that the Secretary has engaged in a "campaign" to reduce access to levalbuterol because the Secretary believes that levalbuterol is overpriced, given the lack of evidence that it works better than generic albuterol.  Pl. Opp. at 26-27.  However, the suit is purportedly brought to review the application of the LCA principle to levalbuterol through LCDs, and not to review any of the other actions in the putative "campaign," assuming that such actions are even reviewable.  To the extent that Plaintiffs submit that the Secretary may take some future, unspecified action to attempt to lower the price of levalbuterol, their allegations are purely speculative.

Instead, the critical question is what sort of relief could the Court fashion given that Plaintiffs seek only prospective relief against a policy that never took effect?  If the parties proceed to brief the Secretary's statutory authority to apply the LCA principle using LCDs to levalbuterol, but no LCD is ever issued, then the Court has engaged in an academic exercise resulting in an advisory opinion.  The Supreme Court has held that courts should not decide abstract questions of right.  *See Spencer v. Kemna*, 523 U.S. 1, 18 (1998) ("We are not in the business of pronouncing that past actions that have no continuing effect were right or wrong.").

13

*Friends of the Earth* does not require a different result.  In that Clean Water Act case, the defendant Laidlaw came into substantial compliance during the pendency of the action.  The Supreme Court affirmed the district court's decision to allow the case to proceed as an action for civil penalties after denying injunctive relief.  528 U.S. at 192-93.  *See National Black Police Assoc. v. District of Columbia,* 108 F.3d 346, 349 (D.C. Cir. 1997) (voluntary cessation case is moot where party demonstrates no reasonable expectation that violation will recur and interim relief or events have completely or irrevocably eradicated the effects of the alleged violation).  *Cf. Lake Pilots Ass'n, Inc. v. Coast Guard*, 257 F. Supp. 2d at 158-59 (plaintiffs entitled to seek lost revenues from year improper rate rule was in effect).  In this case, no retrospective relief is available.  Congress fashioned a process to review a specific kind of determination – a LCD.  Without a LCD, no review or relief is possible.  This case should be dismissed as moot.[4]

## IV.    THE SECRETARY IS THE ONLY PROPER PARTY DEFENDANT

Defendants moved to dismiss the DME MACs because the Secretary is the only real party in interest in this case, and Acting Administrator Weems because he is not within the Medicare Act's waiver of sovereign immunity.  Defs. Mem. at 20-23.

Plaintiffs do not contest that the Medicare Act and regulations make the Secretary the real party in interest.  Their response is that sovereign immunity cannot attach against the DME MACs because they are alleged to be acting ultra vires, or beyond the scope of their agency.  Pl. Opp. at 30.  However, the Complaint alleges that the Secretary, not the DME MACs, acted beyond the scope of his authority.  *See* Compl. ¶ 30 (alleging LCDs arbitrary and capricious);

---

[4] Defendants renew their Article III standing arguments but will not further address that issue here.  *See* Defs. Mem. at 18-19.  Plaintiffs cannot show how the Court could redress any of their alleged injuries given the absence of any LCD provisions affecting levalbuterol.

¶ 35 (alleging LCDs beyond the scope of the statute); ¶ 44 (alleging violation of statute by Secretary); ¶ 46 (same).  Count III of the Complaint does allege that all the Defendants violated the Medicare Act, including the Secretary, Compl. ¶ 41, but the Secretary concedes that he is the proper party defendant.  There is thus no basis to continue the suit against the DME MACs or Weems when the allegations of illegal conduct lie against the Secretary.

**CONCLUSION**

The Defendants respectfully request that this Court dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure because the Court lacks subject matter jurisdiction over the withdrawn proposed LCD provisions and the case is moot.  In the alternative, at minimum, the other defendants should be dismissed because the Secretary is the only proper party Defendant.

Dated:  August 1, 2008                           Respectfully submitted,


                                                 ____/s/_____
                                                 JEFFREY A. TAYLOR
                                                 United States Attorney
                                                 D.C. Bar No. 498610


                                                 ____/s/_____
                                                 CHRISTOPHER B. HARWOOD
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 for the District of Columbia
                                                 555 Fourth Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 307-0372

_____/s/_____
MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

_____/s/_____
JOCELYN S. BEER
Attorney
U.S. Department of Health & Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Avenue S.W.
Room 5309
Washington, D.C. 20201
(202) 205-3564

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

United States Department of Health
        and Human Services

## Contractor Information

**Contractor Name**

CIGNA Government Services

**Contractor Number**

18003

**Contractor Type**

DME MAC

## LCD Information

**LCD ID Number**

L5007

**LCD Title**

Nebulizers

**Contractor's Determination Number**

NEB

**AMA CPT / ADA CDT Copyright Statement**

CPT codes, descriptions and other data only are copyright 2007 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply. Current Dental Terminology, (CDT) (including procedure codes, nomenclature, descriptors and other data contained therein) is copyright by the American Dental Association. © 2002, 2004 American Dental Association. All rights reserved. Applicable FARS/DFARS apply.

**CMS National Coverage Policy**

CMS Manual System, Pub. 100-3, Medicare National Coverage Determinations Manual, Chapter 1, Section 200.2, Section 280.1

**Primary Geographic Jurisdiction**

Alabama
Arkansas
Colorado
Florida
Georgia
Louisiana
Mississippi
North Carolina
New Mexico
Oklahoma
Puerto Rico
South Carolina

**LCD Information**

**LCD ID Number**

Tennessee
Texas
Virginia
Virgin Islands
West Virginia

**Oversight Region**

Region VI

**DME Region LCD Covers**

Jurisdiction C

**Original Determination Effective Date**

For services performed on or after 04/01/1997

**Original Determination Ending Date**

**Revision Effective Date**

For services performed on or after 07/01/2008

**Revision Ending Date**

**Indications and Limitations of Coverage and/or Medical Necessity**

For any item to be covered by Medicare, it must 1) be eligible for a defined Medicare benefit category, 2) be reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member, and 3) meet all other applicable Medicare statutory and regulatory requirements. For the items addressed in this medical policy, the criteria for "reasonable and necessary" are defined by the following indications and limitations of coverage and/or medical necessity.

For an item to be covered by Medicare, a written signed and dated order must be received by the supplier before a claim is submitted. If the supplier bills for an item addressed in this policy without first receiving the completed order, the item will be denied as not medically necessary.

A small volume nebulizer (A7003, A7004, A7005), related compressor (E0570, E0571), and FDA-approved inhalation solutions of the drugs listed below are covered when:

a) It is medically necessary to administer albuterol (J7611, J7613), budesonide (J7626), cromolyn (J7631), ipratropium (J7644), levalbuterol (J7612, J7614), or metaproterenol (J7669) for the management of obstructive pulmonary disease (ICD-9 diagnosis codes 491.0–508.9), or

**LCD ID Number**

b) It is medically necessary to administer formoterol (Q4099) or arformoterol (J7605) for the management of chronic obstructive pulmonary disease (ICD-9 diagnosis codes 491.0-492.8, 496) and the patient has a documented history of routine use of at least four doses per day of an FDA-approved albuterol or metaproterenol inhalation solution or at least three doses per day of an FDA-approved levalbuterol inhalation solution.

c) It is medically necessary to administer dornase alpha (J7639) to a patient with cystic fibrosis (ICD-9 diagnosis code 277.02) or

d) It is medically necessary to administer tobramycin (J7682) to a patient with cystic fibrosis or bronchiectasis (ICD-9 diagnosis code 277.02, 494.0, 494.1, 748.61, 011.50-011.56) or

e) It is medically necessary to administer pentamidine (J2545) to a patient with HIV (ICD-9 diagnosis code 042), pneumocystosis (ICD-9 diagnosis code 136.3), or complications of organ transplants (ICD-9 diagnosis codes 996.80-996.89), or

f) It is medically necessary to administer acetylcysteine (J7608) for persistent thick or tenacious pulmonary secretions (ICD-9 diagnosis codes 480.0-508.9, 786.4).

Compounded inhalation solutions (J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, J7685, and compounded solutions billed with J7699) will be denied as not medically necessary.

If none of the drugs used with a nebulizer are covered, the compressor, the nebulizer, and other related accessories/supplies will be denied as not medically necessary.

A large volume nebulizer (A7007, A7017), related compressor (E0565 or E0572), and water or saline (A4217 or A7018) are covered when it is medically necessary to deliver humidity to a patient with thick, tenacious secretions, who has cystic fibrosis (ICD-9 diagnosis code 277.02), bronchiectasis (ICD-9 diagnosis code 494.0, 494.1, 011.50-011.56 or 748.61), a tracheostomy (ICD-9 diagnosis code V44.0 or V55.0), or a tracheobronchial stent (ICD-9 diagnosis code 519.19). Combination code E0585 will be covered for the same indications.

An E0565 or E0572 compressor and filtered nebulizer (A7006) are also covered when it is medically necessary to administer pentamidine to patients with HIV (ICD-9 diagnosis code 042), pneumocystosis (ICD-9 diagnosis code 136.3) or complications of organ transplants (ICD-9 diagnosis codes 996.80-996.89).

Because there is no proven medical benefit to nebulizing particles to diameters smaller than achievable with a pneumatic compressor, when a small volume ultrasonic nebulizer (E0574) is ordered to administer a covered inhalation solution, payment will be based on the allowance for the least costly medically appropriate alternative, a pneumatic compressor (E0570).

Similarly, a large volume ultrasonic nebulizer (E0575) offers no proven clinical advantage over a pneumatic compressor. However, since code E0575 is in a different payment category than pneumatic compressors, payment for a least costly alternative cannot be made. Therefore, when an E0575 nebulizer is provided, it will be denied as not medically necessary as will any related accessories and supplies.

A battery-powered compressor (E0571) is rarely medically necessary. If an E0571 compressor is provided and the coverage criteria for code E0570 are met, payment will be based on the allowance for the least costly medically appropriate alternative, E0570.

**LCD Information**

**LCD ID Number**


A controlled dose inhalation drug delivery system (K0730) is covered when it is medically necessary to deliver the iloprost (Q4080) to patients with pulmonary artery hypertension (ICD-9 diagnosis codes 416.0 or 416.8) who meet the following criteria.

Iloprost (Q4080) is covered when both criteria 1 and 2 are met:

1) The pulmonary hypertension is not secondary to pulmonary venous hypertension (e.g., left sided atrial or ventricular disease, left sided valvular heart disease, etc) or disorders of the respiratory system (e.g., chronic obstructive pulmonary disease, interstitial lung disease, obstructive sleep apnea or other sleep disordered breathing, alveolar hypoventilation disorders, etc.), and

2) The patient has primary pulmonary hypertension or pulmonary hypertension which is secondary to one of the following conditions: connective tissue disease, thromboembolic disease of the pulmonary arteries, human immunodeficiency virus (HIV) infection, cirrhosis, diet drugs, congenital left to right shunts, etc. If these conditions are present, the following criteria (a-d) must be met:

a) The pulmonary hypertension has progressed despite maximal medical and/or surgical treatment of the identified condition; and

b) The mean pulmonary artery pressure is greater than 25 mm Hg at rest or greater than 30 mm Hg with exertion; and

c) The patient has significant symptoms from the pulmonary hypertension (i.e., severe dyspnea on exertion, and either fatigability, angina, or syncope); and

d) Treatment with oral calcium channel blocking agents has been tried and failed, or has been considered and ruled out.

If the above criteria are not met the controlled dose inhalation drug delivery system (K0730) and the iloprost (Q4080) will be denied as not medically necessary.

If K0730 is used to administer any other covered nebulizer drug other than iloprost and the coverage criteria for E0570 are met, payment will be based on the allowance for the least costly medically appropriate alternative, E0570.


**ACCESSORIES:**

Accessories are separately payable if the related aerosol compressor and the individual accessories are medically necessary. The following table lists the compressor/generator, which is related to the accessories described. Other compressor/generator/accessory combinations are considered medically unnecessary.

Compressor/Generator (**Related Accessories)**
E0565 (**A4619, A7006, A7007, A7010, A7011, A7012, A7013, A7014, A7015, A7017, A7525, E1372**)
E0570 (**A7003, A7004, A7005, A7006, A7013, A7015, A7525**)
E0571 (**A7003, A7004, A7005, A7006, A7013, A7015, A7525**)
E0572 (**A7006, A7014**)
E0574 (**A7014, A7016**)
E0585 (**A4619, A7006, A7010, A7011, A7012, A7013, A7014, A7015, A7525**)
K0730 (**A7005**)

## LCD ID Number

This array of accessories represents all possible combinations but it may not be appropriate to bill any or all of them for one device.

The following table lists the usual maximum frequency of replacement for accessories. Claims for more than the usual maximum replacement amount must be supported by documentation in the patient's medical record, which must be available upon request.

Accessory **(Usual maximum replacement)**
A4619 **(One/month)**
A7003 **(Two/month)**
A7004 **(Two/month (in addition to A7003)**
A7005 **(One/6 months)**
A7005 **(One/3 months only with K0730)**
A7006 **(One/month)**
A7007 **(Two/month)**
A7010 **(One unit (100 ft.)/ 2 months)**
A7011 **(One/year)**
A7012 **(Two/month)**
A7013 **(Two/month)**
A7014 **(One/3 months)**
A7015 **(One/month)**
A7016 **(Two/year)**
A7017 **(One/3 years)**
A7525 **(One/month)**
E1372 **(One/3 years)**

## INHALATION DRUGS AND SOLUTIONS:

The following table represents the maximum milligrams/month of inhalation drugs that are reasonably billed for each nebulizer drug.

Acetylcysteine: **(up to 74 grams/month)**
Albuterol: **(up to 465 mg/month)** See below for exception.
Arformoterol: **(up to 930 micrograms per month) (62 units per month))**
Budesonide: **(up to 31 mg/month) (62 units/month))**
Cromolyn sodium: **(up to 2480 mg/month) (248 units/month)**
Dornase alpha: **(up to 78 mg/month)**
Formoterol: **(up to 1240 micrograms per month) (62 units per month)**
Ipratropium bromide: **(up to 93 mg/month)**
Levalbuterol: **(up to 232.5 mg/month (465 units/month)** See below for exception.
Metaproterenol: **(up to 2800 mg/month) (280 units/month)** See below for exception.
Pentamidine: **(up to 300 mg/month)**
Sterile saline or water, 10ml/unit (A4216, A4218): **(up to 56 units/month)**
Distilled water, sterile water, or sterile saline in large volume nebulizer: **(up to 18 liters/month)**

When albuterol, levalbuterol, or metaproterenol are prescribed as rescue/supplemental medication for patients who are taking formoterol or arformoterol, the maximum milligrams/month that are reasonably billed are:
Albuterol: **(up to 78 mg/month)**
Levalbuterol: **(up to 39 mg/month (78 units/month)**
Metaproterenol: **(up to 470 mg/month (47 units/month))**

**LCD Information**

## LCD ID Number

Claims for more than these amounts of drugs will be denied as not medically necessary unless there is documentation in the patient's medical record which justifies a larger amount in the individual case. This information must be available on request.

The pharmacist is responsible for assessing how much inhalation solution a patient is actually using. Considering this information, the pharmacist is responsible for assuring that the patient has used almost all of his/her supply on hand prior to dispensing a new supply.

When a "concentrated form" of an inhalation drug is covered, separate saline solution (A4216 or A4218 [metered dose]) used to dilute it will be separately reimbursed. Saline dispensed for the dilution of concentrated nebulizer drugs must be billed on the same claim as the drug(s) being diluted. If the unit dose form of the drug is dispensed, separate saline solution (A4216 or A4218 [metered dose]), will be denied as not medically necessary. Water or saline in 500 or 1000 ml quantities (A4217 or A7018) are not appropriate for use by patients to dilute inhalation drugs and will therefore be denied as not medically necessary if used for this purpose. These codes are only medically necessary when used in a large volume nebulizer (A7007, A7017, or E0585).

Albuterol, levalbuterol, and metaproterenol are all short-acting bronchodilators with beta-adrenergic stimulatory effect. It would rarely be medically necessary for a patient to be using more than one of these at a time. The use of more than one of these drugs at the same time will be denied as not medically necessary unless there is documentation in the patient's medical record supporting the medical necessity. Albuterol, levalbuterol, or metaproterenol is covered if it is used as a rescue/supplemental medication in addition to the long-acting beta-adrenergic agonist drug, formoterol or arformoterol.

Formoterol and arformoterol are long-acting bronchodilators with beta-adrenergic stimulatory effect. It would not be medically necessary for a patient to be using more than one of these at a time. The use of more than one of these drugs at the same time will be denied as not medically necessary.

The medical necessity for administering an FDA-approved unit dose combination of albuterol and ipratropium (J7620) compared to separate unit dose vials of albuterol and ipratropium has not been established. Therefore, effective for claims with dates of service on or after November 1, 2008, when one unit of service of code J7620 is billed, if coverage criteria are met, payment will be based on the allowance for the least costly medically appropriate alternative – 2.5 units of J7613 and 0.5 units of J7644.

Charges for the drugs, diluent, and dispensing fees may only be billed by the entity that actually dispenses the drug to the Medicare beneficiary and that entity must be permitted under all applicable federal, state, and local laws and regulations to dispense drugs. Only entities licensed in the state where they are physically located may submit a claim for nebulizer drugs. Physicians may submit a claim for drugs if all of the following conditions are met: the physician is 1) enrolled as a DMEPOS supplier with the National Supplier Clearinghouse, and 2) dispensing the drug(s) to the Medicare beneficiary, and 3) authorized by the State to dispense drugs as part of the physician's license. Claims submitted by entities not licensed to dispense drugs will be denied for lack of medical necessity.

## Coverage Topic

Nebulizer

**Coding Information**

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| 0 | TBD |

**Revenue Codes:**

**Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory; unless specified in the policy services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.**

**CPT/HCPCS Codes**

The appearance of a code in this section does not necessarily indicate coverage.

HCPCS MODIFIERS:

EY - No physician or other licensed health care provider order for this item or service
KO - Single drug unit dose formulation.
KP - First drug of a multiple drug unit dose formulation
KQ - Second or subsequent drug of a multiple drug unit dose formulation.
KX - Specified required documentation on file

HCPCS CODES:

**EQUIPMENT**

| | |
|---|---|
| E0565 | COMPRESSOR, AIR POWER SOURCE FOR EQUIPMENT WHICH IS NOT SELF- CONTAINED OR CYLINDER DRIVEN |
| E0570 | NEBULIZER, WITH COMPRESSOR |
| E0571 | AEROSOL COMPRESSOR, BATTERY POWERED, FOR USE WITH SMALL VOLUME NEBULIZER |
| E0572 | AEROSOL COMPRESSOR, ADJUSTABLE PRESSURE, LIGHT DUTY FOR INTERMITTENT USE |
| E0574 | ULTRASONIC/ELECTRONIC AEROSOL GENERATOR WITH SMALL VOLUME NEBULIZER |
| E0575 | NEBULIZER, ULTRASONIC, LARGE VOLUME |
| E0585 | NEBULIZER, WITH COMPRESSOR AND HEATER |
| K0730 | CONTROLLED DOSE INHALATION DRUG DELIVERY SYSTEM |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

### ACCESSORIES

| | |
|---|---|
| A4619 | FACE TENT |
| A7003 | ADMINISTRATION SET, WITH SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, DISPOSABLE |
| A7004 | SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, DISPOSABLE |
| A7005 | ADMINISTRATION SET, WITH SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, NON-DISPOSABLE |
| A7006 | ADMINISTRATION SET, WITH SMALL VOLUME FILTERED PNEUMATIC NEBULIZER |
| A7007 | LARGE VOLUME NEBULIZER, DISPOSABLE, UNFILLED, USED WITH AEROSOL COMPRESSOR |
| A7008 | LARGE VOLUME NEBULIZER, DISPOSABLE, PREFILLED, USED WITH AEROSOL COMPRESSOR |
| A7009 | RESERVOIR BOTTLE, NON-DISPOSABLE, USED WITH LARGE VOLUME ULTRASONIC NEBULIZER |
| A7010 | CORRUGATED TUBING, DISPOSABLE, USED WITH LARGE VOLUME NEBULIZER, 100 FEET |
| A7011 | CORRUGATED TUBING, NON-DISPOSABLE, USED WITH LARGE VOLUME NEBULIZER, 10 FEET |
| A7012 | WATER COLLECTION DEVICE, USED WITH LARGE VOLUME NEBULIZER |
| A7013 | FILTER, DISPOSABLE, USED WITH AEROSOL COMPRESSOR |
| A7014 | FILTER, NONDISPOSABLE, USED WITH AEROSOL COMPRESSOR OR ULTRASONIC GENERATOR |
| A7015 | AEROSOL MASK, USED WITH DME NEBULIZER |
| A7016 | DOME AND MOUTHPIECE, USED WITH SMALL VOLUME ULTRASONIC NEBULIZER |
| A7017 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | NEBULIZER, DURABLE, GLASS OR AUTOCLAVABLE PLASTIC, BOTTLE TYPE, NOT USED WITH OXYGEN |
| A7525 | TRACHEOSTOMY MASK, EACH |
| E0580 | NEBULIZER, DURABLE, GLASS OR AUTOCLAVABLE PLASTIC, BOTTLE TYPE, FOR USE WITH REGULATOR OR FLOWMETER |
| E1372 | IMMERSION EXTERNAL HEATER FOR NEBULIZER |

**INHALATION DRUGS**

|  |  |
|---|---|
| A4216 | STERILE WATER, SALINE AND/OR DEXTROSE, DILUENT/FLUSH, 10 ML |
| A4217 | STERILE WATER/SALINE, 500 ML |
| A4218 | STERILE SALINE OR WATER, METERED DOSE DISPENSER, 10 ML |
| G0333 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); INITIAL 30-DAY SUPPLY AS A BENEFICIARY |
| J2545 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MG |
| J7604 | ACETYLCYSTEINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER GRAM |
| J7605 | ARFORMOTEROL, INHALATION SOLUTION, FDA APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 15 MICROGRAMS |
| J7607 | LEVALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 0.5 MG |
| J7608 | ACETYLCYSTEINE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER GRAM |
| J7609 | ALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, 1 MG |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7610 | ALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 1 MG |
| J7611 | ALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 1MG |
| J7612 | LEVALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 0.5 MG |
| J7613 | ALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTEREDTHROUGH DME, UNIT DOSE, 1MG |
| J7614 | LEVALBUTEROL, INHALATION SOLUTION, FA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE, 0.5 MG |
| J7615 | LEVALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, 0.5 MG |
| J7620 | ALBUTEROL, UP TO 2.5 MG AND IPRATROPIUM BROMIDE, UP TO 0.5 MG, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME |
| J7622 | BECLOMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7624 | BETAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7626 | BUDESONIDE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, UP TO 0.5 MG |
| J7627 | BUDESONIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, UP TO 0.5 MG |
| J7628 | BITOLTEROL MESYLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7629 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | BITOLTEROL MESYLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7631 | CROMOLYN SODIUM, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7632 | CROMOLYN SODIUM, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7634 | BUDESONIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER 0.25 MILLIGRAM |
| J7635 | ATROPINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7636 | ATROPINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7637 | DEXAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7638 | DEXAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7639 | DORNASE ALPHA, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7640 | FORMOTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 12 MICROGRAMS |
| J7641 | FLUNISOLIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, PER MILLIGRAM |
| J7642 | GLYCOPYRROLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7643 | GLYCOPYRROLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7644 | IPRATROPIUM BROMIDE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7645 | IPRATROPIUM BROMIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7647 | ISOETHARINE HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7650 | ISOETHARINE HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7657 | ISOPROTERENOL HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7660 | ISOPROTERENOL HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7667 | METAPROTERENOL SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, CONCENTRATED FORM, PER 10 MILLIGRAMS |
| J7669 | METAPROTERENOL SULFATE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7670 | METAPROTERENOL SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7676 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MG |
| J7680 | TERBUTALINE SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7681 | TERBUTALINE SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7682 | TOBRAMYCIN, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, UNIT DOSE FORM, ADMINISTERED THROUGH DME, PER 300 MILLIGRAMS |
| J7683 | TRIAMCINOLONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7684 | TRIAMCINOLONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7685 | TOBRAMYCIN, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MILLIGRAMS |
| J7699 | NOC DRUGS, INHALATION SOLUTION ADMINISTERED THROUGH DME |
| Q0513 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); PER 30 DAYS |
| Q0514 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); PER 90 DAYS |
| Q4080 | ILOPROST, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 20 MICROGRAMS |
| Q4099 | FORMOTEROL FUMARATE,INHALATION SOLUTION, FDA APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 20 MICROGRAMS |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**ICD-9 Codes that Support Medical Necessity**

The presence of an ICD-9 code listed in this section is not sufficient by itself to assure coverage. Refer to the section on "Indications and Limitations of Coverage and/or Medical Necessity" for other coverage criteria and payment information.

**For HCPCS codes A4619, E0565, E0572:**

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

**For HCPCS codes A7013, A7014, A7015, A7525:**

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
|---|---|
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

**For HCPCS codes A7003, A7004, E0570, E0571, E0574:**

| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

**Coding Information**

**Bill Type Codes:**

Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.

**For HCPCS codes A7006, J2545:**

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

**For HCPCS codes A4217, A7007, A7010, A7011, A7012, A7017, A7018, E0585, E1372:**

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

**For HCPCS code A4216:**

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 491.0 - 508.9 | SIMPLE CHRONIC BRONCHITIS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

**For HCPCS code J7608:**

480.0 - 508.9

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 786.4 | ABNORMAL SPUTUM |

**For HCPCS codes J7611, J7612, J7613, J7614 J7620, J7626, J7631, J7644, J7669:**

| 491.0 - 508.9 | SIMPLE CHRONIC BRONCHITIS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |

**For HCPCS code J7639:**

| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |

**For HCPCS code J7682**

| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 748.61 | CONGENITAL BRONCHIECTASIS |

**For HCPCS codes K0730, Q4080**

| 416.0 | PRIMARY PULMONARY HYPERTENSION |
| 416.8 | OTHER CHRONIC PULMONARY HEART DISEASES |

**For HCPCS code A7005:**

| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |

042

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 416.0 | PRIMARY PULMONARY HYPERTENSION |
| 416.8 | OTHER CHRONIC PULMONARY HEART DISEASES |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

**For J7605 or Q4099:**

|  |  |
|---|---|
| 491.0 - 492.8 | SIMPLE CHRONIC BRONCHITIS - OTHER EMPHYSEMA |
| 496 | CHRONIC AIRWAY OBSTRUCTION NOT ELSEWHERE CLASSIFIED |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**Diagnoses that Support Medical Necessity**

Refer to the previous section for the specific HCPCS code indicated. For all other HCPCS codes listed in the policy refer to the section on "Indications and Limitations of Coverage and/or Medical Necessity" for other criteria and payment information.

**ICD-9 Codes that DO NOT Support Medical Necessity**

For the specific HCPCS codes indicated above, all ICD-9 codes that are not specified in the previous section.

For HCPCS codes A7009, E0575, J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, and J7685, all ICD-9 codes.

For all other HCPCS codes, ICD-9 codes are not specified.

**ICD-9 Codes that DO NOT Support Medical Necessity Asterisk Explanation**

**Diagnoses that DO NOT Support Medical Necessity**

For the specific HCPCS codes indicated above, all diagnoses that are not specified in the previous section.

For HCPCS codes A7009, E0575, J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, and J7685, all diagnoses.

For all other HCPCS codes, diagnoses are not specified.

**General Information**

**Documentation Requirements**

Section 1833(e) of the Social Security Act precludes payment to any provider of services unless "there has been furnished such information as may be necessary in order to determine the amounts due such provider". It is expected that the patient's medical records will reflect the need for the care provided. The patient's medical records include the physician's office records, hospital records, nursing home records, home health agency records, records from other healthcare professionals and test reports. This documentation must be available upon request.

An order for each item billed must be signed and dated by the treating physician, kept on file by the supplier, and made available upon request. Items billed before a signed and dated order has been received by the supplier must be submitted with an EY modifier added to each affected HCPCS code.

**General Information**

**Documentation Requirements**

The order for any drug must clearly specify the type of solution to be dispensed to the patient and the administration instructions for that solution. The type of solution is described by a combination of (a) the name of the drug and the concentration of the drug in the dispensed solution and the volume of solution in each container, or (b) the name of the drug and the number of milligrams/grams of drug in the dispensed solution and the volume of solution in that container. Examples of (a) would be: albuterol 0.083% 3 ml; or albuterol 0.5% 20 ml; or cromolyn 20 mg/2 ml. An example of (b) is: albuterol 1.25 mg in 3 ml saline. For compounded inhalation solutions, the order must include the following statement prior to signature by the physician: compounded inhalation solution – not FDA-approved. Administration instructions must specify the amount of solution and frequency of use. Examples would be: 3 ml qid and prn - max 6 doses/24 hr.; or one ampule q 4 hr prn; or 0.5 ml diluted with saline to 3.0 ml tid and prn. A new order is required if there is a change in the type of solution dispensed or the administration instructions. For all inhalation drugs, a new order is required at least every 12 months even if the prescription has not changed.

An ICD-9 code describing the condition which necessitates nebulizer therapy must be included on each claim for equipment, accessories, and/or drugs.

If the drug being billed is Brovana (arformoterol) (J7605) or Perforomist (formoterol fumarate)(Q4099) and if the coverage criteria stated in the Indications and Limitations of Coverage section have been met, a KX modifier must be added to code J7605 or Q4099.

If all the coverage criteria described in the Indications and Limitations of Coverage section have been met for K0730 and/or Q4080 a KX modifier must be added to the code(s).

Situations which the medical record must specifically address include:

1) When billing for quantities of supplies greater than those described in the policy as the usual maximum amounts, there must be clear documentation in the patient's medical records corroborating the medical necessity of the current use.

2) If more than one beta-adrenergic or more than one anticholinergic inhalation drug is billed during the same month, there must be clear documentation in the patient's medical records corroborating the medical necessity of this current use.

When code E1399 is billed for miscellaneous equipment or accessories, the claim must be accompanied by a clear description of the item including the manufacturer and the model name/number if applicable.

When Not Otherwise Classified (NOC) drug code J7699 is billed for miscellaneous inhalation drugs, the claim must be accompanied by the detailed order information described above and a clear statement of the number of ampules/bottles of solution dispensed.

Refer to the Supplier Manual for more information on documentation requirements.

**Appendices**

**Utilization Guidelines**

Refer to Indications and Limitations of Coverage and/or Medical Necessity

**General Information**

## Documentation Requirements

### Sources of Information and Basis for Decision

Phurrough S, Jacques L, Spencer F, et al. Nebulized Beta Adrenergic Agonist Therapy for Lung Disease. CMS Decision Memo, September 10, 2007 www.cms.hhs.gov/coverage

Combination albuterol and ipratropium

Benayoun S, Ernst P, Suissa S. The impact of combined inhaled bronchodilator therapy in the treatment of COPD. Chest 2001; 119:85-92

Campbell S. For COPD a combination of ipratropium bromide and albuterol sulfate is more effective than albuterol base. Arch Intern Med 1999; 159:156-160

Chrischilles E, Gilden D, Kubisiak J, et al. Delivery of ipratropium and albuterol combination therapy for chronic obstructive pulmonary disease: effectiveness of a two-in-one inhaler versus separate inhalers. Am J Manag Care 2002; 8:902-911

Combivent Inhalation Study Group. Routine nebulized ipratropium and albuterol together are better than either alone in COPD. Chest 1997; 112:1514-1521

Dorinsky P, Reisner C, Ferguson G, et al. The combination of ipratropium and albuterol optimizes pulmonary function reversibility testing in patients with COPD. Chest 1999; 115:966-971

Friedman M, Serby D, Menjoge S, et al. Pharmacoeconomic evaluation of a combination of ipratropium plus albuterol compared with ipratropium alone and albuterol alone in COPD. Chest 1999; 115:635-641

Levin, D, Little, K, Laughlin, et al. Addition of anticholinergic solution prolongs bronchodilator effect of beta 2 agonist in patients with chronic obstructive pulmonary disease. Am. J Med 1996; 100(1A):40S-43S

### Advisory Committee Meeting Notes

Written comments received at the Open Meeting are included in the Response to Comments document with all other written comments received during the comment period

### Start Date of Comment Period

03/24/2006

### End Date of Comment Period

05/08/2006

### Start Date of Notice Period

04/10/2008

### Revision History Number

010

**General Information**

**Documentation Requirements**

**Revision History Explanation**

**Revision Effective Date: 07/01/2008 unless otherwise noted (June 2008 Publication)**
INDICATIONS AND LIMITATIONS OF COVERAGE:
Removed: Least costly alternative statement for levalbuterol
Revised: Effective date for implementation of least costly alternative statement for albuterol/ipratropium combination (DuoNeb – J7620)
Removed: Bibliography references to levalbuterol

**Revision Effective Date: 07/01/2008 (April 2008 Publication)**
NATIONAL COVERAGE POLICY:
Added: NCD 200.2
INDICATIONS AND LIMITATIONS OF COVERAGE:
Substituted: J7611-J7614 for Q4093, Q4094
Added: Q4099 as a new code for formoterol
Added: Coverage criteria and maximum covered amount for formoterol.
Added: J7604, J7632, and J7676 to the list of compounded drugs that are not covered.
Added: Statement about denial if both formoterol and arformoterol are provided
Added: Least costly alternative statement for levalbuterol.
Added: Least costly alternative statement for unit dose combinations of albuterol and ipratropium.
Revised: Coverage criteria for arformoterol.
Revised: Statements concerning use of rescue medication to include use with formoterol.
HCPCS CODES AND MODIFIERS:
Added: J7604, J7605, J7632, J7676 (effective 1/1/08)
Added: J7611, J7612, J7613, J7614, Q4099 (effective 4/1/08)
Revised: J2545, J7608, J7631, J7639, Q4080 (effective 1/1/08)
Deleted: Q4093, Q4094 (effective 1/1/08)
(Note: Codes J7602 and J7603 were effective 1/1/08 – 3/31/08.)
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: J7605, J7611-J7614, Q4099
Removed: Q4093, Q4094
Added: Covered diagnosis codes for formoterol.
ICD-9 CODES/ DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Added: J7604, J7632, J7676
DOCUMENTATION REQUIREMENTS:
Added: Instructions for use of the KX modifier with Performist (formoterol).
Revised: Instructions for use of the KX modifier with Brovana (arformoterol).
SOURCES OF INFORMATION/ BASIS FOR DECISION:
Added: Bibliography
LCD ATTACHMENTS:
Response to Comments – April 2008

**Revision Effective Date: 03/01/2008**
In accordance with Section 911 of the Medicare Modernization Act, this policy was transitioned to DME MAC CIGNA Government Services (18003) LCD L11517 from DME PSC TrustSolutions (77012) LCD L11517.

**Revision Effective Date: 07/01/2007 (June publication)**
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added: Coverage criteria and maximum covered amount for arformoterol.
Revised: Statement about J7699 to say that it will be denied when it is used to bill for a compounded inhalation solution.
Added: Coverage statement and maximum covered amount for albuterol, levalbuterol, and metaproterenol when used in addition to arformoterol.

**General Information**

**Documentation Requirements**

Substituted: Codes Q4093 and Q4094 for J7611-J7614.
HCPCS CODES:
Added: Q4093, Q4094
Deleted: J7611, J7612, J7613, J7614
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: Q4093, Q4094
Deleted: J7611, J7612, J7613, J7614
Added: Covered diagnosis codes for arformoterol.
ICD-9 CODES/DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Removed: J7699 from the list.
DOCUMENTATION REQUIREMENTS:
Added: Instructions for use of the KX modifier with arformoterol.


**Revision Effective Date: 07/01/2007 (March publication)**
INDICATIONS AND LIMITATIONS OF COVERAGE:
Eliminated: Coverage for atropine, beclomethasone, betamethasone, bitolterol, dexamethasone, flunisolide, glycopyrrolate, isoetharine, terbutaline, triamcinolone, and all other compounded inhalation solutions.
Changed: ICD-9 code 519.1 to 519.19.
Deleted: The statement concerning providing information on a claim about the need for a portable compressor.
Added: Utilization guideline for budesonide.
HCPCS CODES AND MODIFIERS:
(HCPCS code changes were effective 01/01/2007.)
Added: J7607, J7609, J7610, J7615, J7634, J7640, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7685
Revised: J7611, J7612, J7613, J7614, J7620, J7622, J7624, J7626, J7627, J7628, J7629, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7644, J7669, J7680, J7681, J7682, J7683, J7684, Q4080
Removed: J7633, J7648, J7649, J7658, J7659, J7668
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Changed: ICD-9 code 519.1 to 519.19.
Added: 416.0 and 416.8 to covered codes for A7005.
Removed: J7622, J7624, J7627, J7628, J7629, J7633, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7648, J7649, J7658, J7659, J7668, J7680, J7681, J7683, J7684
ICD-9 CODES AND DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Added: J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7680, J7681, J7683, J7684, J7685, J7699
DOCUMENTATION REQUIREMENTS:
Added: A requirement for a specific statement on orders for compounded inhalation solutions.


**Revision Effective Date: 06/01/2007**
In accordance with Section 911 of the Medicare Modernization Act of 2003, Virginia and West Virginia were transitioned from DME PSC TriCenturion (77011) to DME PSC TrustSolutions (77012).


**Revision Effective Date: 03/01/2006**
In accordance with Section 911 of the Medicare Modernization Act of 2003, this policy was transitioned to DME PSC TrustSolutions (77012) from DMERC Palmetto GBA (00885).


**Revision Effective Date: 01/01/2006**
INDICATIONS AND LIMITATIONS OF COVERAGE AND MEDICAL NECESSITY:
Inserted new HCPCS Codes A4216,A4218 and deleted codes J7051 and J7699 where appropriately.
Added: Coverage statement for code A7007.
Added: A7007 to the related code table for E0565.
Added: A7007 to usual maximum amount.

**General Information**

**Documentation Requirements**

Added: Usual maximum amount for A4216 and A4218.
HCPCS CODES & MODIFIERS:
Added: HCPCS codes A4218, G0333, J7620, J7627, Q0513, Q0514
Verbiage revision to description of HCPCS codes A4216, J7626
Deleted: HCPCS codes J7051, J7616, G0371 and G0374.
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: J7620 and J7627 to the list of codes requiring ICD-9 code 491.0-508.9, deleted J7616.
Added: A7007 to the 5th paragraph of HCPCS codes requiring specific ICD-9 codes.
Added: A4216 and deleted A7051 from the 6th paragraph of HCPCS codes requiring specific ICD-9 codes.
DOCUMENTATION REQUIREMENTS:
Revised: E1399 and J7699 documentation requirements.


**Revision Effective Date: 10/01/2005**
HCPCS CODES & MODIFIERS:
Added: K0730 and Q4080 and KX modifier
INDICATIONS AND LIMITATIONS OF COVERAGE AND/OR MEDICAL NECESSITY:
Added: Criterion for K0730 and Q4080
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: Diagnoses codes 416.0, 416.8, necessary for codes K0730 and Q4080
DOCUMENTATION REQUIREMENTS:
Added: KX modifier requirement for K0730 and Q4080.


**Revision Effective Date: 04/01/2005**
LMRP converted to LCD and Policy Article
HCPCS CODES & MODIFIERS:
Added: J7611, J7612, J7613, J7614, J7616, G0371, G0374
Deleted: J7618, J7619, J7621, E0590
INDICATIONS AND LIMITATIONS OF MEDICAL NECESSITY:
Tobramycin coverage expanded.


**Revision Effective Date: 04/01/2004**
HCPCS CODES AND MODIFIERS:
Added: A4217, A7525, J7621
Deleted: A4621, A7019, A7020
INDICATIONS AND LIMITATIONS:
Added: References to new HCPCS codes.
CODING GUIDELINES:
Added: References to new HCPCS codes.
Clarified: Use of J7699.
Added: Billing guidelines for J7621.
Removed: Billing guidelines for A4323.
Added: Correct coding guidelines for compounded albuterol and ipratropium.
Added: Instructions for billing metered dose sterile saline products.


**Revision Effective Date: 04/01/2003**
HCPCS CODES AND MODIFIERS:
Added: EY modifier, J7633
Revised: E0574, J7626
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added: Standard language concerning coverage of items without an order.
Added: Standard language concerning the medical necessity for use of a greater quantity and combinations of usually contraindicated drugs requirement.

**General Information**

**Documentation Requirements**

Removed: Language about physician documenting having considered use of an MDI prior to prescribing a nebulizer. Added pneumocystosis and complications of organ transplants as coverage criteria for E0565 or E0572 compressor used with filtered nebulizer (A7006).

Removed: Specific coverage criteria for dornase alpha, other than its being used for treatment of cystic fibrosis. Removed grandfathering language for aerosol compressors and small and large volume ultrasonic generators.

CODING GUIDELINES:

Added: Instructions on how to bill J7626 0.5mg as one unit of service.

Added: Definitions of equipment and inhalations drugs to this section of policy.

DOCUMENTATION REQUIREMENTS:

Added: Standard language concerning use of EY modifier for items without an order; standard language regarding excess quantity utilization;

Listed specific codes in which extra documentation should be attached to claim via hardcopy or narrative field

The revision dates listed below are the dates the revisions were published and not necessarily the effective dates for the revisions.

04/01/2002 - Expansion of coverage for large volume

nebulizers with saline or water for use with Tracheobronchial stents (519.1). Expansion of indications for use of pentamidine with added ICD-9 codes. Expansion of indications for use of mucolytics with added ICD-9 codes. New HCPCS E codes replace K codes. New HCPCS codes for inhaled corticosteroids. Revision of HCPCS code for albuterol to include levalbuterol and its proper billing unit.

04/01/2000 – Several K codes crosswalked to A codes or J codes. Added "reasonable and necessary" language in Coverage and Payment Rules section. Revised all references of previous K codes.

06/01/1997 – Removed E0575 information in Documentation section. K0171 removed from covered codes for small volume nebulizer in Coverage and Payment Rules section. K0171 is not medically necessary for the administration of medications other than pentamidine.

03/01/1997 – Refer to article entitled "Nebulizer Policy Update" in the March 1997 DMERC Advisory for a detailed report of the revision.

**Reason for Change**

**Last Reviewed On Date**

06/23/2008

**Related Documents**

**Article(s)**

A24623 - Nebulizers - Policy Article - Effective - July 2008

**LCD Attachments**

Nebulizer LCD Response to Comments June 2008 Revised (PDF - 28,888 bytes)

**Other Versions**

Updated on 04/03/2008 with effective dates 07/01/2008 - N/A

**Contractor Information**

**Contractor Name**

Noridian Administrative Services

**Contractor Number**

19003

**Contractor Type**

DME MAC

**LCD Information**

**LCD ID Number**

L11488

**LCD Title**

Nebulizers

**Contractor's Determination Number**

NEB

**AMA CPT / ADA CDT Copyright Statement**

CPT codes, descriptions and other data only are copyright 2007 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply. Current Dental Terminology, (CDT) (including procedure codes, nomenclature, descriptors and other data contained therein) is copyright by the American Dental Association. © 2002, 2004 American Dental Association. All rights reserved. Applicable FARS/DFARS apply.

**CMS National Coverage Policy**

CMS Manual System, Pub. 100-3, Medicare National Coverage Determinations Manual, Chapter 1, Section 200.2, 280.1

**Primary Geographic Jurisdiction**

Alaska
American Samoa
Arizona
California - Entire State
Guam
Hawaii
Iowa
Idaho
Kansas
Missouri - Entire State
Montana
North Dakota

**LCD Information**

**LCD ID Number**

Nebraska
Nevada
Oregon
South Dakota
Utah
Washington
Wyoming
Northern Mariana Islands

**Oversight Region**

Region X

**DME Region LCD Covers**

Jurisdiction D

**Original Determination Effective Date**

For services performed on or after 04/01/1997

**Original Determination Ending Date**

**Revision Effective Date**

For services performed on or after 07/01/2008

**Revision Ending Date**

**Indications and Limitations of Coverage and/or Medical Necessity**

For any item to be covered by Medicare, it must 1) be eligible for a defined Medicare benefit category, 2) be reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member, and 3) meet all other applicable Medicare statutory and regulatory requirements. For the items addressed in this medical policy, the criteria for "reasonable and necessary" are defined by the following indications and limitations of coverage and/or medical necessity.

For an item to be covered by Medicare, a written signed and dated order must be received by the supplier before a claim is submitted. If the supplier bills for an item addressed in this policy without first receiving the completed order, the item will be denied as not medically necessary.

A small volume nebulizer (A7003, A7004, A7005), related compressor (E0570, E0571), and FDA-approved inhalation solutions of the drugs listed below are covered when:

**LCD Information**

# LCD ID Number

a) It is medically necessary to administer albuterol (J7611, J7613), budesonide (J7626), cromolyn (J7631), ipratropium (J7644), levalbuterol (J7612, J7614), or metaproterenol (J7669) for the management of obstructive pulmonary disease (ICD-9 diagnosis codes 491.0–508.9), or

b) It is medically necessary to administer formoterol (Q4099) or arformoterol (J7605) for the management of chronic obstructive pulmonary disease (ICD-9 diagnosis codes 491.0-492.8, 496) and the patient has a documented history of routine use of at least four doses per day of an FDA-approved albuterol or metaproterenol inhalation solution or at least three doses per day of an FDA-approved levalbuterol inhalation solution.

c) It is medically necessary to administer dornase alpha (J7639) to a patient with cystic fibrosis (ICD-9 diagnosis code 277.02) or

d) It is medically necessary to administer tobramycin (J7682) to a patient with cystic fibrosis or bronchiectasis (ICD-9 diagnosis code 277.02, 494.0, 494.1, 748.61, 011.50-011.56) or

e) It is medically necessary to administer pentamidine (J2545) to a patient with HIV (ICD-9 diagnosis code 042), pneumocystosis (ICD-9 diagnosis code 136.3), or complications of organ transplants (ICD-9 diagnosis codes 996.80-996.89), or

f) It is medically necessary to administer acetylcysteine (J7608) for persistent thick or tenacious pulmonary secretions (ICD-9 diagnosis codes 480.0-508.9, 786.4).

Compounded inhalation solutions (J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, J7685, and compounded solutions billed with J7699) will be denied as not medically necessary.

If none of the drugs used with a nebulizer are covered, the compressor, the nebulizer, and other related accessories/supplies will be denied as not medically necessary.

A large volume nebulizer (A7007, A7017), related compressor (E0565 or E0572), and water or saline (A4217 or A7018) are covered when it is medically necessary to deliver humidity to a patient with thick, tenacious secretions, who has cystic fibrosis (ICD-9 diagnosis code 277.02), bronchiectasis (ICD-9 diagnosis code 494.0, 494.1, 011.50-011.56 or 748.61), a tracheostomy (ICD-9 diagnosis code V44.0 or V55.0), or a tracheobronchial stent (ICD-9 diagnosis code 519.19). Combination code E0585 will be covered for the same indications.

An E0565 or E0572 compressor and filtered nebulizer (A7006) are also covered when it is medically necessary to administer pentamidine to patients with HIV (ICD-9 diagnosis code 042), pneumocystosis (ICD-9 diagnosis code 136.3) or complications of organ transplants (ICD-9 diagnosis codes 996.80-996.89).

Because there is no proven medical benefit to nebulizing particles to diameters smaller than achievable with a pneumatic compressor, when a small volume ultrasonic nebulizer (E0574) is ordered to administer a covered inhalation solution, payment will be based on the allowance for the least costly medically appropriate alternative, a pneumatic compressor (E0570).

Similarly, a large volume ultrasonic nebulizer (E0575) offers no proven clinical advantage over a pneumatic compressor. However, since code E0575 is in a different payment category than pneumatic compressors, payment for a least costly alternative cannot be made. Therefore, when an E0575 nebulizer is provided, it will be denied as not medically necessary as will any related accessories and supplies.

**LCD ID Number**

A battery-powered compressor (E0571) is rarely medically necessary. If an E0571 compressor is provided and the coverage criteria for code E0570 are met, payment will be based on the allowance for the least costly medically appropriate alternative, E0570.

A controlled dose inhalation drug delivery system (K0730) is covered when it is medically necessary to deliver the iloprost (Q4080) to patients with pulmonary artery hypertension (ICD-9 diagnosis codes 416.0 or 416.8) who meet the following criteria.

Iloprost (Q4080) is covered when both criteria 1 and 2 are met:

1) The pulmonary hypertension is not secondary to pulmonary venous hypertension (e.g., left sided atrial or ventricular disease, left sided valvular heart disease, etc) or disorders of the respiratory system (e.g., chronic obstructive pulmonary disease, interstitial lung disease, obstructive sleep apnea or other sleep disordered breathing, alveolar hypoventilation disorders, etc.), and

2) The patient has primary pulmonary hypertension or pulmonary hypertension which is secondary to one of the following conditions: connective tissue disease, thromboembolic disease of the pulmonary arteries, human immunodeficiency virus (HIV) infection, cirrhosis, diet drugs, congenital left to right shunts, etc. If these conditions are present, the following criteria (a-d) must be met:

a) The pulmonary hypertension has progressed despite maximal medical and/or surgical treatment of the identified condition; and

b) The mean pulmonary artery pressure is greater than 25 mm Hg at rest or greater than 30 mm Hg with exertion; and

c) The patient has significant symptoms from the pulmonary hypertension (i.e., severe dyspnea on exertion, and either fatigability, angina, or syncope); and

d) Treatment with oral calcium channel blocking agents has been tried and failed, or has been considered and ruled out.

If the above criteria are not met the controlled dose inhalation drug delivery system (K0730) and the iloprost (Q4080) will be denied as not medically necessary.

If K0730 is used to administer any other covered nebulizer drug other than iloprost and the coverage criteria for E0570 are met, payment will be based on the allowance for the least costly medically appropriate alternative, E0570.

ACCESSORIES:

Accessories are separately payable if the related aerosol compressor and the individual accessories are medically necessary. The following table lists the compressor/generator, which is related to the accessories described. Other compressor/generator/accessory combinations are considered medically unnecessary.

Compressor/Generator **(Related Accessories)**
E0565 **(A4619, A7006, A7007, A7010, A7011, A7012, A7013, A7014, A7015, A7017, A7525, E1372)**
E0570 **(A7003, A7004, A7005, A7006, A7013, A7015, A7525)**
E0571 **(A7003, A7004, A7005, A7006, A7013, A7015, A7525)**
E0572 **(A7006, A7014)**
E0574 **(A7014, A7016)**
E0585 **(A4619, A7006, A7010, A7011, A7012, A7013, A7014, A7015, A7525)**

**LCD ID Number**

K0730 (**A7005**)

This array of accessories represents all possible combinations, but it may not be appropriate to bill any or all of the codes for one device.

The following table lists the usual maximum frequency of replacement for accessories. Claims for more than the usual maximum replacement amount must be supported by documentation in the patient's medical record, which must be available upon request.

Accessory (**Usual maximum replacement**)
A4619 (**One/month**)
A7003 (**Two/month**)
A7004 (**Two/month [in addition to A7003]**)
A7005 (**One/6 months**)
A7005 (**One/3 months - only with K0730**)
A7006 (**One/month**)
A7007 (**Two/month**)
A7010 (**One unit [100 ft.]/2 months**)
A7011 (**One/year**)
A7012 (**Two/month**)
A7013 (**Two/month**)
A7014 (**One/3 months**)
A7015 (**One/month**)
A7016 (**Two/year**)
A7017 (**One/3 years**)
A7525 (**One/month**)
E1372 (**One/3 years**)

INHALATION DRUGS AND SOLUTIONS:

The following table represents the maximum milligrams/month of inhalation drugs that are reasonably billed for each nebulizer drug.

Acetylcysteine: (**up to 74 grams/month**)
Albuterol: (**up to 465 mg/month**) – see below for exception
Arformoterol: (**up to 930 micrograms per month [62 units per month]**)
Budesonide: (**up to 31 mg/month [62 units/month]**)
Cromolyn sodium: (**up to 2480 mg/month [248 units/month]**)
Dornase alpha: (**up to 78 mg/month**)
Formoterol: (**up to 1240 micrograms per month [62 units per month]**)
Ipratropium bromide: (**up to 93 mg/month**)
Levalbuterol: (**up to 232.5 mg/month [465 units/month]**) – see below for exception
Metaproterenol: (**up to 2800 mg/month [280 units/month]**) – see below for exception
Pentamidine: (**up to 300 mg/month**)
Sterile saline or water, 10ml/unit (A4216, A4218): (**up to 56 units/month**)
Distilled water, sterile water, or sterile saline in large volume nebulizer: (**up to 18 liters/month**)

When albuterol, levalbuterol, or metaproterenol are prescribed as rescue/supplemental medication for patients who are taking formoterol or arformoterol, the maximum milligrams/month that are reasonably billed are:
Albuterol: (**up to 78 mg/month**)
Levalbuterol: (**up to 39 mg/month [78 units/month]**)
Metaproterenol: (**up to 470 mg/month [47 units/month]**)

**LCD Information**

## LCD ID Number

Claims for more than these amounts of drugs will be denied as not medically necessary unless there is documentation in the patient's medical record which justifies a larger amount in the individual case. This information must be available on request.

The pharmacist is responsible for assessing how much inhalation solution a patient is actually using. Considering this information, the pharmacist is responsible for assuring that the patient has used almost all of his/her supply on hand prior to dispensing a new supply.

When a "concentrated form" of an inhalation drug is covered, separate saline solution (A4216 or A4218 [metered dose]) used to dilute it will be separately reimbursed. Saline dispensed for the dilution of concentrated nebulizer drugs must be billed on the same claim as the drug(s) being diluted. If the unit dose form of the drug is dispensed, separate saline solution (A4216 or A4218 [metered dose]), will be denied as not medically necessary. Water or saline in 500 or 1000 ml quantities (A4217 or A7018) are not appropriate for use by patients to dilute inhalation drugs and will therefore be denied as not medically necessary if used for this purpose. These codes are only medically necessary when used in a large volume nebulizer (A7007, A7017 or E0585).

Albuterol, levalbuterol and metaproterenol are all short-acting bronchodilators with beta-adrenergic stimulatory effect. It would rarely be medically necessary for a patient to be using more than one of these at a time. The use of more than one of these drugs at the same time will be denied as not medically necessary unless there is documentation in the patient's medical record supporting the medical necessity. Albuterol, levalbuterol, or metaproterenol is covered if it is used as a rescue/supplemental medication in addition to the long-acting beta-adrenergic agonist drug, formoterol or arformoterol.

Formoterol and arformoterol are long-acting bronchodilators with beta-adrenergic stimulatory effect. It would not be medically necessary for a patient to be using more than one of these at a time. The use of more than one of these drugs at the same time will be denied as not medically necessary.

The medical necessity for administering an FDA-approved unit dose combination of albuterol and ipratropium (J7620) compared to separate unit dose vials of albuterol and ipratropium has not been established. Therefore, effective for claims with dates of service on or after November 1, 2008, when one unit of service of code J7620 is billed, if coverage criteria are met, payment will be based on the allowance for the least costly medically appropriate alternative – 2.5 units of J7613 and 0.5 units of J7644.

Charges for the drugs, diluent, and dispensing fees may only be billed by the entity that actually dispenses the drug to the Medicare beneficiary and that entity must be permitted under all applicable federal, state, and local laws and regulations to dispense drugs. Only entities licensed in the state where they are physically located may submit a claim for nebulizer drugs. Physicians may submit a claim for drugs if all of the following conditions are met: the physician is 1) enrolled as a DMEPOS supplier with the National Supplier Clearinghouse, and 2) dispensing the drug(s) to the Medicare beneficiary, and 3) authorized by the State to dispense drugs as part of the physician's license. Claims submitted by entities not licensed to dispense drugs will be denied for lack of medical necessity.

## Coverage Topic

Durable Medical Equipment
Nebulizer

**LCD Information**

**LCD ID Number**

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

0                                                                TBD

**Revenue Codes:**

**Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory; unless specified in the policy services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.**

**CPT/HCPCS Codes**

The appearance of a code in this section does not necessarily indicate coverage.

HCPCS MODIFIERS:

EY - No physician or other licensed health care provider order for this item or service.
KO - Single drug unit dose formulation.
KP - First drug of a multiple drug unit dose formulation.
KQ - Second or subsequent drug of a multiple drug unit dose formulation.
KX – Specified required documentation on file.

**EQUIPMENT**

| | |
|---|---|
| E0565 | COMPRESSOR, AIR POWER SOURCE FOR EQUIPMENT WHICH IS NOT SELF- CONTAINED OR CYLINDER DRIVEN |
| E0570 | NEBULIZER, WITH COMPRESSOR |
| E0571 | AEROSOL COMPRESSOR, BATTERY POWERED, FOR USE WITH SMALL VOLUME NEBULIZER |
| E0572 | AEROSOL COMPRESSOR, ADJUSTABLE PRESSURE, LIGHT DUTY FOR INTERMITTENT USE |
| E0574 | |

Coding Information

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  | ULTRASONIC/ELECTRONIC AEROSOL GENERATOR WITH SMALL VOLUME NEBULIZER |
|---|---|
| E0575 | NEBULIZER, ULTRASONIC, LARGE VOLUME |
| E0585 | NEBULIZER, WITH COMPRESSOR AND HEATER |
| K0730 | CONTROLLED DOSE INHALATION DRUG DELIVERY SYSTEM |

**ACCESSORIES**

| A4619 | FACE TENT |
|---|---|
| A7003 | ADMINISTRATION SET, WITH SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, DISPOSABLE |
| A7004 | SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, DISPOSABLE |
| A7005 | ADMINISTRATION SET, WITH SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, NON-DISPOSABLE |
| A7006 | ADMINISTRATION SET, WITH SMALL VOLUME FILTERED PNEUMATIC NEBULIZER |
| A7007 | LARGE VOLUME NEBULIZER, DISPOSABLE, UNFILLED, USED WITH AEROSOL COMPRESSOR |
| A7008 | LARGE VOLUME NEBULIZER, DISPOSABLE, PREFILLED, USED WITH AEROSOL COMPRESSOR |
| A7009 | RESERVOIR BOTTLE, NON-DISPOSABLE, USED WITH LARGE VOLUME ULTRASONIC NEBULIZER |
| A7010 | CORRUGATED TUBING, DISPOSABLE, USED WITH LARGE VOLUME NEBULIZER, 100 FEET |
| A7011 | CORRUGATED TUBING, NON-DISPOSABLE, USED WITH LARGE VOLUME NEBULIZER, 10 FEET |
| A7012 | WATER COLLECTION DEVICE, USED WITH LARGE VOLUME NEBULIZER |
| A7013 | FILTER, DISPOSABLE, USED WITH AEROSOL COMPRESSOR |
| A7014 | FILTER, NONDISPOSABLE, USED WITH AEROSOL COMPRESSOR OR ULTRASONIC GENERATOR |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| A7015 | AEROSOL MASK, USED WITH DME NEBULIZER |
| A7016 | DOME AND MOUTHPIECE, USED WITH SMALL VOLUME ULTRASONIC NEBULIZER |
| A7017 | NEBULIZER, DURABLE, GLASS OR AUTOCLAVABLE PLASTIC, BOTTLE TYPE, NOT USED WITH OXYGEN |
| A7525 | TRACHEOSTOMY MASK, EACH |
| E0580 | NEBULIZER, DURABLE, GLASS OR AUTOCLAVABLE PLASTIC, BOTTLE TYPE, FOR USE WITH REGULATOR OR FLOWMETER |
| E1372 | IMMERSION EXTERNAL HEATER FOR NEBULIZER |

**INHALATION DRUGS**

| | |
|---|---|
| A4216 | STERILE WATER, SALINE AND/OR DEXTROSE, DILUENT/FLUSH, 10 ML |
| A4217 | STERILE WATER/SALINE, 500 ML |
| A4218 | STERILE SALINE OR WATER, METERED DOSE DISPENSER, 10 ML |
| G0333 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); INITIAL 30-DAY SUPPLY AS A BENEFICIARY |
| J2545 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MG |
| J7604 | ACETYLCYSTEINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER GRAM |
| J7605 | ARFORMOTEROL, INHALATION SOLUTION, FDA APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 15 MICROGRAMS |
| J7607 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | LEVALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 0.5 MG |
| J7608 | ACETYLCYSTEINE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER GRAM |
| J7609 | ALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, 1 MG |
| J7610 | ALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 1 MG |
| J7611 | ALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 1MG |
| J7612 | LEVALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 0.5 MG |
| J7613 | ALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTEREDTHROUGH DME, UNIT DOSE, 1MG |
| J7614 | LEVALBUTEROL, INHALATION SOLUTION, FA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE, 0.5 MG |
| J7615 | LEVALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, 0.5 MG |
| J7620 | ALBUTEROL, UP TO 2.5 MG AND IPRATROPIUM BROMIDE, UP TO 0.5 MG, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME |
| J7622 | BECLOMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7624 | BETAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7626 |  |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| | BUDESONIDE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, UP TO 0.5 MG |
| J7627 | BUDESONIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, UP TO 0.5 MG |
| J7628 | BITOLTEROL MESYLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7629 | BITOLTEROL MESYLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7631 | CROMOLYN SODIUM, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7632 | CROMOLYN SODIUM, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7634 | BUDESONIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER 0.25 MILLIGRAM |
| J7635 | ATROPINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7636 | ATROPINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7637 | DEXAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7638 | DEXAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7639 | DORNASE ALPHA, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7640 | FORMOTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 12 MICROGRAMS |
| J7641 | FLUNISOLIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, PER MILLIGRAM |
| J7642 | GLYCOPYRROLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7643 | GLYCOPYRROLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7644 | IPRATROPIUM BROMIDE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7645 | IPRATROPIUM BROMIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7647 | ISOETHARINE HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7650 | ISOETHARINE HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7657 | ISOPROTERENOL HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7660 | ISOPROTERENOL HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7667 | METAPROTERENOL SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, CONCENTRATED FORM, PER 10 MILLIGRAMS |
| J7669 | METAPROTERENOL SULFATE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7670 | METAPROTERENOL SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7676 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MG |
| J7680 | TERBUTALINE SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7681 | TERBUTALINE SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7682 | TOBRAMYCIN, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, UNIT DOSE FORM, ADMINISTERED THROUGH DME, PER 300 MILLIGRAMS |
| J7683 | TRIAMCINOLONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7684 | TRIAMCINOLONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7685 | TOBRAMYCIN, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MILLIGRAMS |
| J7699 | NOC DRUGS, INHALATION SOLUTION ADMINISTERED THROUGH DME |
| Q0513 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); PER 30 DAYS |
| Q0514 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); PER 90 DAYS |
| Q4080 | ILOPROST, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 20 MICROGRAMS |
| Q4099 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

FORMOTEROL FUMARATE,INHALATION SOLUTION, FDA APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 20 MICROGRAMS

**ICD-9 Codes that Support Medical Necessity**

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

The presence of an ICD-9 code listed in this section is not sufficient by itself to assure coverage. Refer to the section on "Indications and Limitations of Coverage and/or Medical Necessity" for other coverage criteria and payment information.

**For HCPCS codes A4619, E0565, E0572:**

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

**For HCPCS codes A7013, A7014, A7015, A7525:**

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

**For HCPCS codes A7003, A7004, E0570, E0571, E0574:**

|  |  |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**For HCPCS codes A7006, J2545:**

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

**For HCPCS codes A4217, A7007, A7010, A7011, A7012, A7017, A7018, E0585, E1372:**

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

**For HCPCS code A4216:**

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 491.0 - 508.9 | SIMPLE CHRONIC BRONCHITIS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

**For HCPCS code J7608:**

480.0 - 508.9

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 786.4 | ABNORMAL SPUTUM |

**For HCPCS codes J7611, J7612, J7613, J7614, J7620, J7626, J7631, J7644, J7669:**

| 491.0 - 508.9 | SIMPLE CHRONIC BRONCHITIS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
|---|---|

**For HCPCS code J7639:**

| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
|---|---|

**For HCPCS code J7682:**

| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
|---|---|
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 748.61 | CONGENITAL BRONCHIECTASIS |

**For HCPCS codes K0730, Q4080:**

| 416.0 | PRIMARY PULMONARY HYPERTENSION |
|---|---|
| 416.8 | OTHER CHRONIC PULMONARY HEART DISEASES |

**For HCPCS code A7005:**

| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
|---|---|

042

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 416.0 | PRIMARY PULMONARY HYPERTENSION |
| 416.8 | OTHER CHRONIC PULMONARY HEART DISEASES |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

**For HCPCS codes J7605 or Q4099:**

|  |  |
|---|---|
| 491.0 - 492.8 | SIMPLE CHRONIC BRONCHITIS - OTHER EMPHYSEMA |
| 496 | CHRONIC AIRWAY OBSTRUCTION NOT ELSEWHERE CLASSIFIED |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**Diagnoses that Support Medical Necessity**

Refer to the previous section for the specific HCPCS code indicated. For all other HCPCS codes listed in the policy refer to the section on "Indications and Limitations of Coverage and/or Medical Necessity" for other criteria and payment information.

**ICD-9 Codes that DO NOT Support Medical Necessity**

For the specific HCPCS codes indicated above, all ICD-9 codes that are not specified in the previous section.

For HCPCS codes A7009, E0575, J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, and J7685, all ICD-9 codes.

For all other HCPCS codes, ICD-9 codes are not specified.

**ICD-9 Codes that DO NOT Support Medical Necessity Asterisk Explanation**

**Diagnoses that DO NOT Support Medical Necessity**

For the specific HCPCS codes indicated above, all diagnoses that are not specified in the previous section.

For HCPCS codes A7009, E0575, J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, and J7685, all diagnoses.

For all other HCPCS codes, diagnoses are not specified.

**General Information**

**Documentation Requirements**

Section 1833(e) of the Social Security Act precludes payment to any provider of services unless "there has been furnished such information as may be necessary in order to determine the amounts due such provider". It is expected that the patient's medical records will reflect the need for the care provided. The patient's medical records include the physician's office records, hospital records, nursing home records, home health agency records, records from other healthcare professionals and test reports. This documentation must be available upon request.

An order for each item billed must be signed and dated by the treating physician, kept on file by the supplier, and made available upon request. Items billed before a signed and dated order has been received by the supplier must be submitted with an EY modifier added to each affected HCPCS code.

### General Information

**Documentation Requirements**

The order for any drug must clearly specify the type of solution to be dispensed to the patient and the administration instructions for that solution. The type of solution is described by a combination of (a) the name of the drug and the concentration of the drug in the dispensed solution and the volume of solution in each container, or (b) the name of the drug and the number of milligrams/grams of drug in the dispensed solution and the volume of solution in that container. Examples of (a) would be: albuterol 0.083% 3 ml; or albuterol 0.5% 20 ml; or cromolyn 20 mg/2 ml. An example of (b) is: albuterol 1.25 mg in 3 ml saline. For compounded inhalation solutions, the order must include the following statement prior to signature by the physician: compounded inhalation solution – not FDA-approved. Administration instructions must specify the amount of solution and frequency of use. Examples would be: 3 ml qid and prn - max 6 doses/24 hr.; or one ampule q 4 hr prn; or 0.5 ml diluted with saline to 3.0 ml tid and prn. A new order is required if there is a change in the type of solution dispensed or the administration instructions. For all inhalation drugs, a new order is required at least every 12 months even if the prescription has not changed.

An ICD-9 code describing the condition which necessitates nebulizer therapy must be included on each claim for equipment, accessories and/or drugs.

If the drug being billed is Brovana (arformoterol)(J7605) or Perforomist (formoterol fumarate) (Q4099) and if the coverage criteria stated in the Indications and Limitations of Coverage section have been met, a KX modifier must be added to code J7605 or Q4099.

If all the coverage criteria described in the Indications and Limitations of Coverage section have been met for K0730 and/or Q4080 a KX modifier must be added to the code(s).

Situations which the medical record must specifically address include:

1) When billing for quantities of supplies greater than those described in the policy as the usual maximum amounts, there must be clear documentation in the patient's medical records corroborating the medical necessity of the current use.

2) If more than one beta-adrenergic or more than one anticholinergic inhalation drug is billed during the same month, there must be clear documentation in the patient's medical records corroborating the medical necessity of this current use.

When code E1399 is billed for miscellaneous equipment or accessories, the claim must be accompanied by a clear description of the item including the manufacturer and the model name/number if applicable.

When Not Otherwise Classified (NOC) drug code J7699 is billed for miscellaneous inhalation drugs, the claim must be accompanied by the detailed order information described above and a clear statement of the number of ampules/bottles of solution dispensed.

Refer to the Supplier Manual for more information on documentation requirements.

**Appendices**

**Utilization Guidelines**

Refer to Indications and Limitations of Coverage and/or Medical Necessity.

**General Information**

**Documentation Requirements**


**Sources of Information and Basis for Decision**

Phurrough S, Jacques L, Spencer F, et al. Nebulized Beta Adrenergic Agonist Therapy for Lung Disease. CMS Decision Memo, September 10, 2007 www.cms.hhs.gov/coverage

Combination albuterol and ipratropium

Benayoun S, Ernst P, Suissa S. The impact of combined inhaled bronchodilator therapy in the treatment of COPD. Chest 2001; 119:85-92

Campbell S. For COPD a combination of ipratropium bromide and albuterol sulfate is more effective than albuterol base. Arch Intern Med 1999; 159:156-160

Chrischilles E, Gilden D, Kubisiak J, et al. Delivery of ipratropium and albuterol combination therapy for chronic obstructive pulmonary disease: effectiveness of a two-in-one inhaler versus separate inhalers. Am J Manag Care 2002; 8:902-911

Combivent Inhalation Study Group. Routine nebulized ipratropium and albuterol together are better than either alone in COPD. Chest 1997; 112:1514-1521

Dorinsky P, Reisner C, Ferguson G, et al. The combination of ipratropium and albuterol optimizes pulmonary function reversibility testing in patients with COPD. Chest 1999; 115:966-971

Friedman M, Serby D, Menjoge S, et al. Pharmacoeconomic evaluation of a combination of ipratropium plus albuterol compared with ipratropium alone and albuterol alone in COPD. Chest 1999; 115:635-641

Levin, D, Little, K, Laughlin, et al. Addition of anticholinergic solution prolongs bronchodilator effect of beta 2 agonist in patients with chronic obstructive pulmonary disease. Am. J Med 1996; 100(1A):40S-43S



**Advisory Committee Meeting Notes**

Written comments received at the Open Meeting are included in the Response to Comments document with all other written comments received during the comment period.


**Start Date of Comment Period**

03/24/2006


**End Date of Comment Period**

05/08/2006


**Start Date of Notice Period**

04/10/2008


**Revision History Number**

**General Information**

**Documentation Requirements**

NEB0011


**Revision History Explanation**

**Revision Effective Date: 07/01/2008 unless otherwise noted (June 2008 Publication)**
INDICATIONS AND LIMITATIONS OF COVERAGE:
Removed: Least costly alternative statement for levalbuterol
Revised: Effective date for implementation of least costly alternative statement for albuterol/ipratropium combination (DuoNeb – J7620)
Removed: Bibliography references to levalbuterol


**Revision Effective Date: 07/01/2008 (April 2008 Publication)**
NATIONAL COVERAGE POLICY:
Added: NCD 200.2
INDICATIONS AND LIMITATIONS OF COVERAGE:
Substituted: J7611-J7614 for Q4093, Q4094
Added: Q4099 as a new code for formoterol
Added: Coverage criteria and maximum covered amount for formoterol.
Added: J7604, J7632, and J7676 to the list of compounded drugs that are not covered.
Added: Statement about denial if both formoterol and arformoterol are provided
Added: Least costly alternative statement for levalbuterol.
Added: Least costly alternative statement for unit dose combinations of albuterol and ipratropium.
Revised: Coverage criteria for arformoterol.
Revised: Statements concerning use of rescue medication to include use with formoterol.
HCPCS CODES AND MODIFIERS:
Added: J7604, J7605, J7632, J7676 (effective 1/1/08)
Added: J7611, J7612, J7613, J7614, Q4099 (effective 4/1/08)
Revised: J2545, J7608, J7631, J7639, Q4080 (effective 1/1/08)
Deleted: Q4093, Q4094 (effective 1/1/08)
(Note: Codes J7602 and J7603 were effective 1/1/08 – 3/31/08.)
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: J7605, J7611-J7614, Q4099
Removed: Q4093, Q4094
Added: Covered diagnosis codes for formoterol.
ICD-9 CODES/ DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Added: J7604, J7632, J7676
DOCUMENTATION REQUIREMENTS:
Added: Instructions for use of the KX modifier with Perforomist (formoterol).
Revised: Instructions for use of the KX modifier with Brovana (arformoterol).
SOURCES OF INFORMATION/ BASIS FOR DECISION:
Added: Bibliography
LCD ATTACHMENTS:
Response to Comments – April 2008


**Revision effective 3/1/2008**
In accordance with Section 911 of the Medicare Modernization Act, this policy was transitioned to DME MAC Noridian Administrative Services (19003) LCD L11488 from DME PSC Electronic Data Systems Corp. (77006) LCD L11488.


**Revision Effective Date: 07/01/2007 (June publication)**
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added coverage criteria and maximum covered amount for arformoterol.

**General Information**

## Documentation Requirements

Revised statement about J7699 to say that it will be denied when it is used to bill for a compounded inhalation solution.

Added coverage statement and maximum covered amount for albuterol, levalbuterol, and metaproterenol when used in addition to arformoterol.

Substituted code Q4093 and Q4094 for J7611-J7614.

HCPCS CODES:

Added: Q4093, Q4094

Deleted: J7611, J7612, J7613, J7614

ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:

Added: Q4093, Q4094

Deleted: J7611, J7612, J7613, J7614

Added covered diagnosis codes for arformoterol.

ICD-9 CODES/DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:

Removed J7699 from the list.

DOCUMENTATION REQUIREMENTS:

Added instructions for use of the KX modifier with arformoterol.


## Revision Effective Date: 07/01/2007 (March publication)

INDICATIONS AND LIMITATIONS OF COVERAGE:

Eliminated coverage for atropine, beclomethasone, betamethasone, bitolterol, dexamethasone, flunisolide, glycopyrrolate, isoetharine, terbutaline, triamcinolone, and all other compounded inhalation solutions.

Changed ICD-9 code 519.1 to 519.19.

Deleted the statement concerning providing information on a claim about the need for a portable compressor.

Added utilization guideline for budesonide.

HCPCS CODES AND MODIFIERS:

(HCPCS code changes that were effective 01/01/2007.)

Added: J7607, J7609, J7610, J7615, J7634, J7640, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7685

Revised: J7611, J7612, J7613, J7614, J7620, J7622, J7624, J7626, J7627, J7628, J7629, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7644, J7669, J7680, J7681, J7682, J7683, J7684, Q4080

Removed: J7633, J7648, J7649, J7658, J7659, J7668

ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:

Changed ICD-9 code 519.1 to 519.19.

Added: 416.0 and 416.8 to covered codes for A7005.

Removed: J7622, J7624, J7627, J7628, J7629, J7633, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7648, J7649, J7658, J7659, J7668, J7680, J7681, J7683, J7684

ICD-9 CODES AND DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:

Added: J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7680, J7681, J7683, J7684, J7685, J7699

DOCUMENTATION REQUIREMENTS:

Added a requirement for a specific statement on orders for compounded inhalation solutions.


## Revision Effective Date: 03/01/2006

In accordance with Section 911 of the Medicare Modernization Act of 2003, this policy was transitioned to DME PSC Electronic Data Systems Corp. (77006) from DMERC CIGNA Government Services (05655).


## Revision Effective Date: 01/01/2006

INDICATIONS AND LIMITATIONS OF COVERAGE AND MEDICAL NECESSITY:

Inserted new HCPCS Codes A4216, A4218 and deleted codes J7051 and J7699 where appropriate.

Added coverage statement for code A7007.

Added A7007 to the related code table for E0565.

Added A7007 to usual maximum amount.

Added usual maximum amount for A4216 and A4218.

**General Information**

**Documentation Requirements**

HCPCS CODES & MODIFIERS:
Added: HCPCS codes A4218, G0333, J7620, J7627, Q0513 and Q0514.
Verbiage revision to description of HCPCS codes A4216, J7626.
Deleted: HCPCS codes J7051, J7616, G0371 and G0374.
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added J7620 and J7627 to the list of codes requiring ICD-9 code 491.0-508.9; deleted J7616.
Added: A7007 to the 5th paragraph of HCPCS codes requiring specific ICD-9 codes.
Added A4216 and deleted A7051 from the 6th paragraph of HCPCS codes requiring specific ICD-9 codes.
DOCUMENTATION REQUIREMENTS:
Revised E1399 and J7699 documentation requirements.


**Revision Effective Date: 10/01/2005**
HCPCS CODES & MODIFIERS:
Added codes: K0730 and Q4080 and KX modifier.
INDICATIONS AND LIMITATIONS OF COVERAGE AND/OR MEDICAL NECESSITY:
Added criterion for K0730 and Q4080.
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added diagnoses codes 416.0, 416.8, necessary for codes K0730 and Q4080.
DOCUMENTATION REQUIREMENTS:
Added KX modifier requirement for K0730 and Q4080.


**Revision Effective Date: 04/01/2005**
LMRP converted to LCD and Policy Article.
HCPCS CODES & MODIFIERS:
Added Codes: J7611, J7612, J7613, J7614, J7616, G0371, G0374
Deleted Codes: J7618, J7619, J7621, E0590
INDICATIONS AND LIMITATIONS OF MEDICAL NECESSITY:
Tobramycin coverage expanded.


**Revision Effective Date: 04/01/2004**
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added references to new HCPCS codes.
HCPCS CODES AND MODIFIERS:
Added: A4217, A7525, J7621
Deleted: A4621, A7019, A7020
CODING GUIDELINES:
Added references to new HCPCS codes.
Clarified use of J7699.
Added billing guidelines for J7621.
Removed billing guidelines for A4323.
Added correct coding guidelines for compounded albuterol and ipratropium.
Added instructions for billing metered dose sterile saline products.


**Revision Effective Date: 04/01/2003**
HCPCS CODES AND MODIFIERS:
Added: EY modifier, J7633
Revised: E0574, J7626
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added standard language concerning coverage of items without an order.
Added standard language concerning the medical necessity for use of a greater quantity and combinations of usually contraindicated drugs requirement.
Removed language about physician documenting having considered use of an MDI prior to prescribing a nebulizer.

**General Information**

## Documentation Requirements

Added pneumocystosis and complications of organ transplants as coverage criteria for E0565 or E0572 compressor used with filtered nebulizer (A7006).

Removed specific coverage criteria for dornase alpha, other than its being used for treatment of cystic fibrosis.

Removed grandfathering language for aerosol compressors and small and large volume ultrasonic generators.

CODING GUIDELINES:

Added: Instructions on how to bill J7626 0.5mg as one unit of service.

Added definitions of equipment and inhalations drugs to this section of policy.

DOCUMENTATION REQUIREMENTS:

Added: Standard language concerning use of EY modifier for items without an order; standard language regarding excess quantity utilization.

Listed specific codes in which extra documentation should be attached to claim via hardcopy or narrative field.

The revision dates listed below are the dates the revisions were published and not necessarily the effective dates for the revisions.

04/01/2002 - Expansion of coverage for large volume
nebulizers with saline or water for use with Tracheobronchial stents (519.1). Expansion of indications for use of pentamidine with added ICD-9 codes. Expansion of indications for use of mucolytics with added ICD-9 codes. New HCPCS E codes replace K codes. New HCPCS codes for inhaled corticosteroids. Revision of HCPCS code for albuterol to include levalbuterol and its proper billing unit.

04/01/2000 – Several K codes crosswalked to A codes or J codes. Added "reasonable and necessary" language in Coverage and Payment Rules section. Revised all references of previous K codes.

06/01/1997 – Removed E0575 information in Documentation section. K0171 removed from covered codes for small volume nebulizer in Coverage and Payment Rules section. K0171 is not medically necessary for the administration of medications other than pentamidine.

03/01/1997 – Refer to article entitled "Nebulizer Policy Update" in the March 1997 DMERC Dialogue for a detailed report of the revision.

## Reason for Change

## Last Reviewed On Date

06/23/2008

## Related Documents

### Article(s)

A24942 - Nebulizers - Policy Article - Effective July 2008

**General Information**

**Documentation Requirements**


**LCD Attachments**

Response to Comments - June 2008 Revision (PDF - 28,888 bytes)


## Other Versions

Updated on 04/03/2008 with effective dates 07/01/2008 - N/A

**Contractor Information**

**Contractor Name**

NHIC

**Contractor Number**

16003

**Contractor Type**

DME MAC

**LCD Information**

**LCD ID Number**

L11499

**LCD Title**

Nebulizers

**Contractor's Determination Number**

NEB20080701

**AMA CPT / ADA CDT Copyright Statement**

CPT codes, descriptions and other data only are copyright 2007 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply. Current Dental Terminology, (CDT) (including procedure codes, nomenclature, descriptors and other data contained therein) is copyright by the American Dental Association. © 2002, 2004 American Dental Association. All rights reserved. Applicable FARS/DFARS apply.

**CMS National Coverage Policy**

CMS Manual System, Pub. 100-3, Medicare National Coverage Determinations Manual, Chapter 1, Section 200.2, 280.1

**Primary Geographic Jurisdiction**

Connecticut
District of Columbia
Delaware
Massachusetts
Maryland
Maine
New Hampshire
New Jersey
New York - Entire State
Pennsylvania
Rhode Island
Vermont

**LCD Information**

**LCD ID Number**

**Oversight Region**

Region III

**DME Region LCD Covers**

Jurisdiction A

**Original Determination Effective Date**

For services performed on or after 04/01/1997

**Original Determination Ending Date**

**Revision Effective Date**

For services performed on or after 07/01/2008

**Revision Ending Date**

**Indications and Limitations of Coverage and/or Medical Necessity**

For any item to be covered by Medicare, it must 1) be eligible for a defined Medicare benefit category, 2) be reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member, and 3) meet all other applicable Medicare statutory and regulatory requirements. For the items addressed in this medical policy, the criteria for "reasonable and necessary" are defined by the following indications and limitations of coverage and/or medical necessity.

For an item to be covered by Medicare, a written signed and dated order must be received by the supplier before a claim is submitted. If the supplier bills for an item addressed in this policy without first receiving the completed order, the item will be denied as not medically necessary.

A small volume nebulizer (A7003, A7004, A7005), related compressor (E0570, E0571), and FDA-approved inhalation solutions of the drugs listed below are covered when:

a) It is medically necessary to administer albuterol (J7611, J7613), budesonide (J7626), cromolyn (J7631), ipratropium (J7644), levalbuterol (J7612, J7614), or metaproterenol (J7669) for the management of obstructive pulmonary disease (ICD-9 diagnosis codes 491.0–508.9), or

**LCD Information**

**LCD ID Number**

b) It is medically necessary to administer formoterol (Q4099) or arformoterol (J7605) for the management of chronic obstructive pulmonary disease (ICD-9 diagnosis codes 491.0-492.8, 496) and the patient has a documented history of routine use of at least four doses per day of an FDA-approved albuterol or metaproterenol inhalation solution or at least three doses per day of an FDA-approved levalbuterol inhalation solution.

c) It is medically necessary to administer dornase alpha (J7639) to a patient with cystic fibrosis (ICD-9 diagnosis code 277.02) or

d) It is medically necessary to administer tobramycin (J7682) to a patient with cystic fibrosis or bronchiectasis (ICD-9 diagnosis code 277.02, 494.0, 494.1, 748.61, 011.50-011.56) or

e) It is medically necessary to administer pentamidine (J2545) to a patient with HIV (ICD-9 diagnosis code 042), pneumocystosis (ICD-9 diagnosis code 136.3), or complications of organ transplants (ICD-9 diagnosis codes 996.80-996.89), or

f) It is medically necessary to administer acetylcysteine (J7608) for persistent thick or tenacious pulmonary secretions (ICD-9 diagnosis codes 480.0-508.9, 786.4).

Compounded inhalation solutions (J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, J7685, and compounded solutions billed with J7699) will be denied as not medically necessary.

If none of the drugs used with a nebulizer are covered, the compressor, the nebulizer, and other related accessories/supplies will be denied as not medically necessary.

A large volume nebulizer (A7007, A7017), related compressor (E0565 or E0572), and water or saline (A4217 or A7018) are covered when it is medically necessary to deliver humidity to a patient with thick, tenacious secretions, who has cystic fibrosis (ICD-9 diagnosis code 277.02), bronchiectasis (ICD-9 diagnosis code 494.0, 494.1, 011.50-011.56 or 748.61), a tracheostomy (ICD-9 diagnosis code V44.0 or V55.0), or a tracheobronchial stent (ICD-9 diagnosis code 519.19). Combination code E0585 will be covered for the same indications.

An E0565 or E0572 compressor and filtered nebulizer (A7006) are also covered when it is medically necessary to administer pentamidine to patients with HIV (ICD-9 diagnosis code 042), pneumocystosis (ICD-9 diagnosis code 136.3) or complications of organ transplants (ICD-9 diagnosis codes 996.80-996.89).

Because there is no proven medical benefit to nebulizing particles to diameters smaller than achievable with a pneumatic compressor, when a small volume ultrasonic nebulizer (E0574) is ordered to administer a covered inhalation solution, payment will be based on the allowance for the least costly medically appropriate alternative, a pneumatic compressor (E0570).

Similarly, a large volume ultrasonic nebulizer (E0575) offers no proven clinical advantage over a pneumatic compressor. However, since code E0575 is in a different payment category than pneumatic compressors, payment for a least costly alternative cannot be made. Therefore, when an E0575 nebulizer is provided, it will be denied as not medically necessary as will any related accessories and supplies.

A battery-powered compressor (E0571) is rarely medically necessary. If an E0571 compressor is provided and the coverage criteria for code E0570 are met, payment will be based on the allowance for the least costly medically appropriate alternative, E0570.

**LCD ID Number**

A controlled dose inhalation drug delivery system (K0730) is covered when it is medically necessary to deliver the iloprost (Q4080) to patients with pulmonary artery hypertension (ICD-9 diagnosis codes 416.0 or 416.8) who meet the following criteria.

Iloprost (Q4080) is covered when both criteria 1 and 2 are met:

1) The pulmonary hypertension is not secondary to pulmonary venous hypertension (e.g., left sided atrial or ventricular disease, left sided valvular heart disease, etc) or disorders of the respiratory system (e.g., chronic obstructive pulmonary disease, interstitial lung disease, obstructive sleep apnea or other sleep disordered breathing, alveolar hypoventilation disorders, etc.), and

2) The patient has primary pulmonary hypertension or pulmonary hypertension which is secondary to one of the following conditions: connective tissue disease, thromboembolic disease of the pulmonary arteries, human immunodeficiency virus (HIV) infection, cirrhosis, diet drugs, congenital left to right shunts, etc. If these conditions are present, the following criteria (a-d) must be met:

a) The pulmonary hypertension has progressed despite maximal medical and/or surgical treatment of the identified condition; and

b) The mean pulmonary artery pressure is greater than 25 mm Hg at rest or greater than 30 mm Hg with exertion; and

c) The patient has significant symptoms from the pulmonary hypertension (i.e., severe dyspnea on exertion, and either fatigability, angina, or syncope); and

d) Treatment with oral calcium channel blocking agents has been tried and failed, or has been considered and ruled out.

If the above criteria are not met the controlled dose inhalation drug delivery system (K0730) and the iloprost (Q4080) will be denied as not medically necessary.

If K0730 is used to administer any other covered nebulizer drug other than iloprost and the coverage criteria for E0570 are met, payment will be based on the allowance for the least costly medically appropriate alternative, E0570.

ACCESSORIES:

Accessories are separately payable if the related aerosol compressor and the individual accessories are medically necessary. The following table lists the compressor/generator, which is related to the accessories described. Other compressor/generator/accessory combinations are considered medically unnecessary.

Compressor/Generator **(Related Accessories)**
E0565 **(A4619, A7006, A7007, A7010, A7011, A7012, A7013, A7014, A7015, A7017, A7525, E1372)**
E0570 **(A7003, A7004, A7005, A7006, A7013, A7015, A7525)**
E0571 **(A7003, A7004, A7005, A7006, A7013, A7015, A7525)**
E0572 **(A7006, A7014)**
E0574 **(A7014, A7016)**
E0585 **(A4619, A7006, A7010, A7011, A7012, A7013, A7014, A7015, A7525)**
K0730 **(A7005)**

This array of accessories represents all possible combinations, but it may not be appropriate to bill any or all of the codes for one device.

**LCD Information**

**LCD ID Number**


The following table lists the usual maximum frequency of replacement for accessories. Claims for more than the usual maximum replacement amount must be supported by documentation in the patient's medical record, which must be available upon request.

Accessory (**Usual maximum replacement)**
A4619 (**One/month)**
A7003 (**Two/month)**
A7004 (**Two/month (in addition to A7003))**
A7005 (**One/6 months)**
A7005 (**One/3 months only with K0730)**
A7006 (**One/month )**
A7007 (**Two/month)**
A7010 (**One unit (100 ft.)/ 2 months)**
A7011 (**One/year)**
A7012 (**Two/month)**
A7013 (**Two/month)**
A7014 (**One/3 months)**
A7015 (**One/month)**
A7016 (**Two/year)**
A7017 (**One/3 years)**
A7525 (**One/month)**
E1372 (**One/3 years)**


INHALATION DRUGS AND SOLUTIONS:


The following table represents the maximum milligrams/month of inhalation drugs that are reasonably billed for each nebulized drug.


Acetylcysteine: (**up to 74 grams/month)**
Albuterol: (**up to 465 mg/month) - see below for exception**
Arformoterol: (**up to 930 micrograms per month (62 units per month))**
Budesonide: (**up to 31 mg/month (62 units/month))**
Cromolyn sodium: (**up to 2480 mg/month (248 units/month))**
Dornase alpha: (**up to 78 mg/month)**
Formoterol: (**up to 1240 micrograms per month) (62 units per month)**
Ipratropium bromide: (**up to 93 mg/month)**
Levalbuterol: (**up to 232.5 mg/month (465 units/month)) - see below for exception**
Metaproterenol: (**up to 2800 mg/month (280 units/month)) – see below for exception**
Pentamidine: (**up to 300 mg/month)**
Sterile saline or water, 10 ml/unit (A4216, A4218): (**up to 56**
**units per month)**
Distilled water, sterile water, or sterile saline in large volume nebulizer: (**up to 18 liters/month)**


When albuterol, levalbuterol, or metaproterenol are prescribed as rescue/supplemental medication for patients who are taking formoterol or arformoterol, the maximum milligrams/month that are reasonably billed are:
Albuterol: (**up to 78 mg/month)**
Levalbuterol: (**up to 39 mg/month (78 units/month))**
Metaproterenol: (**up to 470 mg/month (47 units/month))**


Claims for more than these amounts of drugs will be denied as not medically necessary unless there is documentation in the patient's medical record which justifies a larger amount in the individual case. This information must be available upon request.

**LCD ID Number**


The pharmacist is responsible for assessing how much inhalation solution a patient is actually using. Considering this information, the pharmacist is responsible for assuring that the patient has used almost all of his/her supply on hand prior to dispensing a new supply.

When a "concentrated form" of an inhalation drug is covered, separate saline solution (A4216 or A4218 [metered dose]) used to dilute it will be separately reimbursed. Saline dispensed for the dilution of concentrated nebulizer drugs must be billed on the same claim as the drug(s) being diluted. If the unit dose form of the drug is dispensed, separate saline solution (A4216 or A4218 [metered dose]), will be denied as not medically necessary. Water or saline in 500 or 1000 ml quantities (A4217 or A7018) are not appropriate for use by patients to dilute inhalation drugs and will therefore be denied as not medically necessary if used for this purpose. These codes are only medically necessary when used in a large volume nebulizer (A7007, A7017, or E0585).

Albuterol, levalbuterol, and metaproterenol are all short-acting bronchodilators with beta-adrenergic stimulatory effect. It would rarely be medically necessary for a patient to be using more than one of these at a time. The use of more than one of these drugs at the same time will be denied as not medically necessary unless there is documentation in the patient's medical record supporting the medical necessity. Albuterol, levalbuterol, or metaproterenol is covered if it is used as a rescue/supplemental medication in addition to a long-acting beta-adrenergic agonist drug, formoterol or arformoterol.

Formoterol and arformoterol are long-acting bronchodilators with beta-adrenergic stimulatory effect. It would not be medically necessary for a patient to be using more than one of these at a time. The use of more than one of these drugs at the same time will be denied as not medically necessary.

The medical necessity for administering an FDA-approved unit dose combination of albuterol and ipratropium (J7620) compared to separate unit dose vials of albuterol and ipratropium has not been established. Therefore, effective for claims with dates of service on or after November 1, 2008, when one unit of service of code J7620 is billed, if coverage criteria are met, payment will be based on the allowance for the least costly medically appropriate alternative – 2.5 units of J7613 and 0.5 units of J7644.

Charges for the drugs, diluent, and dispensing fees may only be billed by the entity that actually dispenses the drug to the Medicare beneficiary and that entity must be permitted under all applicable federal, state, and local laws and regulations to dispense drugs. Only entities licensed in the state where they are physically located may submit a claim for nebulizer drugs. Physicians may submit a claim for drugs if all of the following conditions are met: the physician is 1) enrolled as a DMEPOS supplier with the National Supplier Clearinghouse, and 2) dispensing the drug(s) to the Medicare beneficiary, and 3) authorized by the State to dispense drugs as part of the physician's license. Claims submitted by entities not licensed to dispense drugs will be denied for lack of medical necessity.


**Coverage Topic**

Durable Medical Equipment
Nebulizer


**Coding Information**

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| 0 | TBD |

**Revenue Codes:**

**Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory; unless specified in the policy services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.**

**CPT/HCPCS Codes**

The appearance of a code in this section does not necessarily indicate coverage.

HCPCS MODIFIERS:

EY - No physician or other licensed health care provider order for this item or service
KO - Single drug unit dose formulation.
KP - First drug of a multiple drug unit dose formulation.
KQ - Second or subsequent drug of a multiple drug unit dose formulation.
KX –Specified required documentation on file.

HCPCS CODES:
EQUIPMENT

| | |
|---|---|
| E0565 | COMPRESSOR, AIR POWER SOURCE FOR EQUIPMENT WHICH IS NOT SELF- CONTAINED OR CYLINDER DRIVEN |
| E0570 | NEBULIZER, WITH COMPRESSOR |
| E0571 | AEROSOL COMPRESSOR, BATTERY POWERED, FOR USE WITH SMALL VOLUME NEBULIZER |
| E0572 | AEROSOL COMPRESSOR, ADJUSTABLE PRESSURE, LIGHT DUTY FOR INTERMITTENT USE |
| E0574 | ULTRASONIC/ELECTRONIC AEROSOL GENERATOR WITH SMALL VOLUME NEBULIZER |
| E0575 | NEBULIZER, ULTRASONIC, LARGE VOLUME |
| E0585 | NEBULIZER, WITH COMPRESSOR AND HEATER |
| K0730 | CONTROLLED DOSE INHALATION DRUG DELIVERY SYSTEM |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

ACCESSORIES

| | |
|---|---|
| A4619 | FACE TENT |
| A7003 | ADMINISTRATION SET, WITH SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, DISPOSABLE |
| A7004 | SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, DISPOSABLE |
| A7005 | ADMINISTRATION SET, WITH SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, NON-DISPOSABLE |
| A7006 | ADMINISTRATION SET, WITH SMALL VOLUME FILTERED PNEUMATIC NEBULIZER |
| A7007 | LARGE VOLUME NEBULIZER, DISPOSABLE, UNFILLED, USED WITH AEROSOL COMPRESSOR |
| A7008 | LARGE VOLUME NEBULIZER, DISPOSABLE, PREFILLED, USED WITH AEROSOL COMPRESSOR |
| A7009 | RESERVOIR BOTTLE, NON-DISPOSABLE, USED WITH LARGE VOLUME ULTRASONIC NEBULIZER |
| A7010 | CORRUGATED TUBING, DISPOSABLE, USED WITH LARGE VOLUME NEBULIZER, 100 FEET |
| A7011 | CORRUGATED TUBING, NON-DISPOSABLE, USED WITH LARGE VOLUME NEBULIZER, 10 FEET |
| A7012 | WATER COLLECTION DEVICE, USED WITH LARGE VOLUME NEBULIZER |
| A7013 | FILTER, DISPOSABLE, USED WITH AEROSOL COMPRESSOR |
| A7014 | FILTER, NONDISPOSABLE, USED WITH AEROSOL COMPRESSOR OR ULTRASONIC GENERATOR |
| A7015 | AEROSOL MASK, USED WITH DME NEBULIZER |
| A7016 | DOME AND MOUTHPIECE, USED WITH SMALL VOLUME ULTRASONIC NEBULIZER |
| A7017 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | NEBULIZER, DURABLE, GLASS OR AUTOCLAVABLE PLASTIC, BOTTLE TYPE, NOT USED WITH OXYGEN |
| A7525 | TRACHEOSTOMY MASK, EACH |
| E0580 | NEBULIZER, DURABLE, GLASS OR AUTOCLAVABLE PLASTIC, BOTTLE TYPE, FOR USE WITH REGULATOR OR FLOWMETER |
| E1372 | IMMERSION EXTERNAL HEATER FOR NEBULIZER |

INHALATION DRUGS

| A4216 | STERILE WATER, SALINE AND/OR DEXTROSE, DILUENT/FLUSH, 10 ML |
|---|---|
| A4217 | STERILE WATER/SALINE, 500 ML |
| A4218 | STERILE SALINE OR WATER, METERED DOSE DISPENSER, 10 ML |
| G0333 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); INITIAL 30-DAY SUPPLY AS A BENEFICIARY |
| J2545 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MG |
| J7604 | ACETYLCYSTEINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER GRAM |
| J7605 | ARFORMOTEROL, INHALATION SOLUTION, FDA APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 15 MICROGRAMS |
| J7607 | LEVALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 0.5 MG |
| J7608 | ACETYLCYSTEINE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER GRAM |
| J7609 |  |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| | ALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, 1 MG |
| J7610 | ALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 1 MG |
| J7611 | ALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 1MG |
| J7612 | LEVALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 0.5 MG |
| J7613 | ALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTEREDTHROUGH DME, UNIT DOSE, 1MG |
| J7614 | LEVALBUTEROL, INHALATION SOLUTION, FA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE, 0.5 MG |
| J7615 | LEVALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, 0.5 MG |
| J7620 | ALBUTEROL, UP TO 2.5 MG AND IPRATROPIUM BROMIDE, UP TO 0.5 MG, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME |
| J7622 | BECLOMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7624 | BETAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7626 | BUDESONIDE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, UP TO 0.5 MG |
| J7627 | BUDESONIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, UP TO 0.5 MG |
| J7628 | |

# Coding Information

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | BITOLTEROL MESYLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7629 | BITOLTEROL MESYLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7631 | CROMOLYN SODIUM, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7632 | CROMOLYN SODIUM, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7634 | BUDESONIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER 0.25 MILLIGRAM |
| J7635 | ATROPINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7636 | ATROPINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7637 | DEXAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7638 | DEXAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7639 | DORNASE ALPHA, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7640 | FORMOTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 12 MICROGRAMS |
| J7641 | FLUNISOLIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, PER MILLIGRAM |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7642 | GLYCOPYRROLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7643 | GLYCOPYRROLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7644 | IPRATROPIUM BROMIDE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7645 | IPRATROPIUM BROMIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7647 | ISOETHARINE HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7650 | ISOETHARINE HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7657 | ISOPROTERENOL HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7660 | ISOPROTERENOL HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7667 | METAPROTERENOL SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, CONCENTRATED FORM, PER 10 MILLIGRAMS |
| J7669 | METAPROTERENOL SULFATE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7670 | METAPROTERENOL SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7676 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MG |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7680 | TERBUTALINE SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7681 | TERBUTALINE SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7682 | TOBRAMYCIN, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, UNIT DOSE FORM, ADMINISTERED THROUGH DME, PER 300 MILLIGRAMS |
| J7683 | TRIAMCINOLONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7684 | TRIAMCINOLONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7685 | TOBRAMYCIN, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MILLIGRAMS |
| J7699 | NOC DRUGS, INHALATION SOLUTION ADMINISTERED THROUGH DME |
| Q0513 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); PER 30 DAYS |
| Q0514 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); PER 90 DAYS |
| Q4080 | ILOPROST, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 20 MICROGRAMS |
| Q4099 | FORMOTEROL FUMARATE,INHALATION SOLUTION, FDA APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 20 MICROGRAMS |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**ICD-9 Codes that Support Medical Necessity**

The presence of an ICD-9 code listed in this section is not sufficient by itself to assure coverage. Refer to the section on "Indications and Limitations of Coverage and/or Medical Necessity" for other coverage criteria and payment information.

For HCPCS codes A4619, E0565, E0572:

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

For HCPCS codes A7013, A7014, A7015, A7525:

011.50 - 011.56

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

For HCPCS codes A7003, A7004, E0570, E0571, E0574:

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

For HCPCS codes A7006, J2545:

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

For HCPCS codes A4217, A7007, A7010, A7011, A7012, A7017, A7018, E0585, E1372:

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

For HCPCS code A4216:

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 491.0 - 508.9 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | SIMPLE CHRONIC BRONCHITIS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

For HCPCS codes J7608:

| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
|---|---|
| 786.4 | ABNORMAL SPUTUM |

For HCPCS codes J7611, J7612, J7613, J7614, J7620, J7626, J7631, J7644, J7669:

| 491.0 - 508.9 | SIMPLE CHRONIC BRONCHITIS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
|---|---|

For HCPCS code J7639:

| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
|---|---|

For HCPCS code J7682:

| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
|---|---|
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 748.61 | CONGENITAL BRONCHIECTASIS |

For HCPCS codes K0730, Q4080

| 416.0 | PRIMARY PULMONARY HYPERTENSION |
|---|---|
| 416.8 | OTHER CHRONIC PULMONARY HEART DISEASES |

For HCPCS code A7005:

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 416.0 | PRIMARY PULMONARY HYPERTENSION |
| 416.8 | OTHER CHRONIC PULMONARY HEART DISEASES |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

For J7605 or Q4099:

| | |
|---|---|
| 491.0 - 492.8 | SIMPLE CHRONIC BRONCHITIS - OTHER EMPHYSEMA |
| 496 | CHRONIC AIRWAY OBSTRUCTION NOT ELSEWHERE CLASSIFIED |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**Diagnoses that Support Medical Necessity**

Refer to the previous section for the specific HCPCS code indicated. For all other HCPCS codes listed in the policy refer to the section on "Indications and Limitations of Coverage and/or Medical Necessity" for other criteria and payment information.

**ICD-9 Codes that DO NOT Support Medical Necessity**

For the specific HCPCS codes indicated above, all ICD-9 codes that are not specified in the previous section.

For HCPCS codes A7009, E0575, J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, and J7685, all ICD-9 codes.

For all other HCPCS codes, ICD-9 codes are not specified.

**ICD-9 Codes that DO NOT Support Medical Necessity Asterisk Explanation**

**Diagnoses that DO NOT Support Medical Necessity**

For the specific HCPCS codes indicated above, all diagnoses that are not specified in the previous section.

For HCPCS codes A7009, E0575, J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, and J7685, all diagnoses.

For all other HCPCS codes, diagnoses are not specified.

**General Information**

**Documentation Requirements**

Section 1833(e) of the Social Security Act precludes payment to any provider of services unless "there has been furnished such information as may be necessary in order to determine the amounts due such provider." It is expected that the patient's medical records will reflect the need for the care provided. The patient's medical records include the physician's office records, hospital records, nursing home records, home health agency records, records from other healthcare professionals and test reports. This documentation must be available upon request.

An order for each item billed must be signed and dated by the treating physician, kept on file by the supplier, and made available upon request. Items billed before a signed and dated order has been received by the supplier must be submitted with an EY modifier added to each affected HCPCS code.

General Information

**Documentation Requirements**

The order for any drug must clearly specify the type of solution to be dispensed to the patient and the administration instructions for that solution. The type of solution is described by a combination of (a) the name of the drug and the concentration of the drug in the dispensed solution and the volume of solution in each container, or (b) the name of the drug and the number of milligrams/grams of drug in the dispensed solution and the volume of solution in that container. Examples of (a) would be: albuterol 0.083% 3 ml; or albuterol 0.5% 20 ml; or cromolyn 20 mg/2 ml. An example of (b) is: albuterol 1.25 mg in 3 ml saline. For compounded inhalation solutions, the order must include the following statement prior to signature by the physician: compounded inhalation solution – not FDA-approved. Administration instructions must specify the amount of solution and frequency of use. Examples would be: 3 ml qid and prn - max 6 doses/24 hr.; or one ampule q 4 hr prn; or 0.5 ml diluted with saline to 3.0 ml tid and prn. A new order is required if there is a change in the type of solution dispensed or the administration instructions. For all inhalation drugs, a new order is required at least every 12 months even if the prescription has not changed.

An ICD-9 code describing the condition which necessitates nebulizer therapy must be included on each claim for equipment, accessories, and/or drugs.

If the drug being billed is Brovana (arformoterol)(J7605)or Performist (formoterol fumarate) (Q4099)and if the coverage criteria stated in the Indications and Limitations of Coverage section have been met, a KX modifier must be added to code J7605 or Q4099.

If all the coverage criteria described in the Indications and Limitations of Coverage section have been met for K0730 and/or Q4080 a KX modifier must be added to the code(s).

Situations which the medical record must specifically address include:

1) When billing for quantities of supplies greater than those described in the policy as the usual maximum amounts, there must be clear documentation in the patient's medical records corroborating the medical necessity of the current use.

2) If more than one beta-adrenergic or more than one anticholinergic inhalation drug is billed during the same month, there must be clear documentation in the patient's medical records corroborating the medical necessity of this current use.

When code E1399 is billed for miscellaneous equipment or accessories, the claim must be accompanied by a clear description of the item including the manufacturer and the model name/number if applicable.

When Not Otherwise Classified (NOC) drug code J7699 is billed for miscellaneous inhalation drugs, the claim must be accompanied by the detailed order information described above and a clear statement of the number of ampules/bottles of solution dispensed.

Refer to the Supplier Manual for more information on documentation requirements.

**Appendices**

**Utilization Guidelines**

Refer to Indications and Limitations of Coverage and/or Medical Necessity.

**General Information**

## Documentation Requirements


### Sources of Information and Basis for Decision

Phurrough S, Jacques L, Spencer F, et al. Nebulized Beta Adrenergic Agonist Therapy for Lung Disease. CMS Decision Memo, September 10, 2007 www.cms.hhs.gov/coverage


Combination albuterol and ipratropium


Benayoun S, Ernst P, Suissa S. The impact of combined inhaled bronchodilator therapy in the treatment of COPD. Chest 2001; 119:85-92


Campbell S. For COPD a combination of ipratropium bromide and albuterol sulfate is more effective than albuterol base. Arch Intern Med 1999; 159:156-160


Chrischilles E, Gilden D, Kubisiak J, et al. Delivery of ipratropium and albuterol combination therapy for chronic obstructive pulmonary disease: effectiveness of a two-in-one inhaler versus separate inhalers. Am J Manag Care 2002; 8:902-911


Combivent Inhalation Study Group. Routine nebulized ipratropium and albuterol together are better than either alone in COPD. Chest 1997; 112:1514-1521


Dorinsky P, Reisner C, Ferguson G, et al. The combination of ipratropium and albuterol optimizes pulmonary function reversibility testing in patients with COPD. Chest 1999; 115:966-971


Friedman M, Serby D, Menjoge S, et al. Pharmacoeconomic evaluation of a combination of ipratropium plus albuterol compared with ipratropium alone and albuterol alone in COPD. Chest 1999; 115:635-641


Levin, D, Little, K, Laughlin, et al. Addition of anticholinergic solution prolongs bronchodilator effect of beta 2 agonist in patients with chronic obstructive pulmonary disease. Am. J Med 1996; 100(1A):40S-43S



### Advisory Committee Meeting Notes

Written comments received at the Open Meeting are included in the Response to Comments document with all other written comments received during the comment period.


### Start Date of Comment Period

03/24/2006


### End Date of Comment Period

05/08/2006


### Start Date of Notice Period

04/10/2008


### Revision History Number

**General Information**

**Documentation Requirements**

NEB011


**Revision History Explanation**

Revision Effective Date: 07/01/2008 unless otherwise noted (June 2008 Publication)
INDICATIONS AND LIMITATIONS OF COVERAGE:
Removed: Least costly alternative statement for levalbuterol.
Revised: Effective date for implementation of least costly alternative statement for albuterol/ipratropium combination (DuoNeb – J7620).
Removed: Bibliography references to levalbuterol.


Revision Effective Date: 07/01/2008 (April 2008 Publication)
NATIONAL COVERAGE POLICY:
Added: NCD 200.2
INDICATIONS AND LIMITATIONS OF COVERAGE:
Substituted: J7611-J7614 for Q4093, Q4094
Added: Q4099 as a new code for formoterol.
Added: Coverage criteria and maximum covered amount for formoterol.
Added: J7604, J7632, and J7676 to the list of compounded drugs that are not covered.
Added: Statement about denial if both formoterol and arformoterol are provided.
Added: Least costly alternative statement for levalbuterol.
Added: Least costly alternative statement for unit dose combinations of albuterol and ipratropium.
Revised: Coverage criteria for arformoterol.
Revised: Statements concerning use of rescue medication to include use with formoterol.
HCPCS CODES AND MODIFIERS:
Added: J7604, J7605, J7632, J7676 (effective 1/1/08)
Added: J7611, J7612, J7613, J7614, Q4099 (effective 4/1/08)
Revised: J2545, J7608, J7631, J7639, Q4080 (effective 1/1/08)
Deleted: Q4093, Q4094 (effective 1/1/08)
(Note: Codes J7602 and J7603 were effective 1/1/08 – 3/31/08.)
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: J7605, J7611-J7614, Q4099
Removed: Q4093, Q4094
Added: Covered diagnosis codes for formoterol.
ICD-9 CODES/ DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Added: J7604, J7632, J7676
DOCUMENTATION REQUIREMENTS:
Added: Instructions for use of the KX modifier with Performomist (formoterol).
Revised: Instructions for use of the KX modifier with Brovana (arformoterol).
SOURCES OF INFORMATION/ BASIS FOR DECISION:
Added: Bibliography
LCD ATTACHMENTS:
Response to Comments – April 2008


3/1/2008- In accordance with Section 911 of the Medicare Modernization Act, this policy was transitioned to DME MAC NHIC (16003) LCD L11499 from DME PSC TriCenturion (77011) LCD L11499.


11/10/2007 - The description for CPT/HCPCS code J2545 was changed in group 3
11/10/2007 - The description for CPT/HCPCS code J7608 was changed in group 3
11/10/2007 - The description for CPT/HCPCS code J7631 was changed in group 3
11/10/2007 - The description for CPT/HCPCS code J7639 was changed in group 3
11/10/2007 - The description for CPT/HCPCS code Q4080 was changed in group 3

**General Information**

**Documentation Requirements**

09/03/2007 - This policy was updated by the ICD-9 2007-2008 Annual Update.

Revision Effective Date : 07/01/2007 (June publication)
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added coverage criteria and maximum covered amount for arformoterol.
Revised statement about J7699 to say that it will be denied when it is used to bill for a compounded inhalation solution.
Added coverage statement and maximum covered amount for albuterol, levalbuterol, and metaproterenol when used in addition to arformoterol.
Substituted code Q4093 and Q4094 for J7611-J7614.
HCPCS CODES:
Added: Q4093, Q4094
Deleted: J7611, J7612, J7613, J7614
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: Q4093, Q4094
Deleted: J7611, J7612, J7613, J7614
Added covered diagnosis codes for arformoterol.
ICD-9 CODES/DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Removed J7699 from the list.
DOCUMENTATION REQUIREMENTS:
Added instructions for use of the KX modifier with arformoterol

Revision Effective Date : 07/01/2007 (March publication)
INDICATIONS AND LIMITATIONS OF COVERAGE:
Eliminated coverage for atropine, beclomethasone, betamethasone, bitolterol, dexamethasone, flunisolide, glycopyrrolate, isoetharine, terbutaline, triamcinolone, and all other compounded inhalation solutions.
Changed ICD-9 code 519.1 to 519.19.
Deleted the statement concerning providing information on a claim about the need for a portable compressor.
Added utilization guideline for budesonide.
HCPCS CODES AND MODIFIERS:
(HCPCS code changes were effective 01/01/2007.)
Added: J7607, J7609, J7610, J7615, J7634, J7640, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7685
Revised: J7611, J7612, J7613, J7614, J7620, J7622, J7624, J7626, J7627, J7628, J7629, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7644, J7669, J7680, J7681, J7682, J7683, J7684, Q4080
Removed: J7633, J7648, J7649, J7658, J7659, J7668
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Changed ICD-9 code 519.1 to 519.19.
Added 416.0 and 416.8 to covered codes for A7005
Removed J7622, J7624, J7627, J7628, J7629, J7633, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7648, J7649, J7658, J7659, J7668, J7680, J7681, J7683, J7684
ICD-9 CODES AND DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Added J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7680, J7681, J7683, J7684, J7685, J7699
DOCUMENTATION REQUIREMENTS:
Added a requirement for a specific statement on orders for compounded inhalation solutions.

06/01/2007 - In accordance with Section 911 of the Medicare Modernization Act of 2003, Virginia and West Virginia were transitioned from DME PSC TriCenturion (77011) to DME PSC TrustSolutions (77012).

03/01/2006 - In accordance with Section 911 of the Medicare Modernization Act of 2003, this policy was transitioned to DME PSC TriCenturion (77011) from DMERC Tricenturion (77011).

**General Information**

**Documentation Requirements**


Revision Effective Date 01/01/2006
INDICATIONS AND LIMITATIONS OF COVERAGE AND MEDICAL NECESSITY:
Inserted new HCPCS Codes A4216,A4218 and deleted codes J7051 and J7699 where appropriate.
Added coverage statement for code A7007.
Added A7007 to the related code table for E0565.
Added A7007 to usual maximum amount.
Added usual maximum amount for A4216 and A4218.
HCPCS CODES & MODIFIERS:
Added HCPCS codes A4218, G0333, J7620, J7627, Q0513, Q0514
Verbiage revision to description of HCPCS codes A4216, J7626
Deleted HCPCS codes J7051, J7616, G0371 and G0374.
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added J7620 and J7627 to the list of codes requiring ICD-9 code 491.0-508.9, deleted J7616.
Added A7007 to the 5th paragraph of HCPCS codes requiring specific ICD-9 codes.
Added A4216 and deleted A7051 from the 6th paragraph of HCPCS codes requiring specific ICD-9 codes.
DOCUMENTATION REQUIREMENTS:
Revised E1399 and J7699 documentation requirements.


Revision Effective Date: 10/01/2005
HCPCS CODES & MODIFIERS:
Added codes: K0730 and Q4080 and KX modifier
INDICATIONS AND LIMITATIONS OF COVERAGE AND/OR MEDICAL NECESSITY:
Added criterion for K0730 and Q4080
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added diagnoses codes 416.0, 416.8, necessary for codes K0730 and Q4080
DOCUMENTATION REQUIREMENTS:
Added KX modifier requirement for K0730 and Q4080.


Revision Effective Date: 04/01/2005
LMRP converted to LCD and Policy Article
HCPCS CODES & MODIFIERS:
Added Codes: J7611, J7612, J7613, J7614, J7616, G0371, G0374
Deleted Codes: J7618, J7619, J7621, E0590
INDICATIONS AND LIMITATIONS OF MEDICAL NECESSITY:
Tobramycin coverage expanded.


Revision Effective Date: 04/01/2004
HCPCS CODES AND MODIFIERS:
Added: A4217, A7525, J7621
Deleted: A4621, A7019, A7020
INDICATIONS AND LIMITATIONS:
Added references to new HCPCS codes.
CODING GUIDELINES:
Added references to new HCPCS codes.
Clarified use of J7699.
Added billing guidelines for J7621.
Removed billing guidelines for A4323.
Added correct coding guidelines for compounded albuterol and ipratropium.
Added instructions for billing metered dose sterile saline products.


Revision effective date: 04/01/2003
HCPCS CODES AND MODIFIERS:

**General Information**

**Documentation Requirements**

Added: EY modifier, J7633
Revised: E0574, J7626
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added standard language concerning coverage of items without an order.
Added standard language concerning the medical necessity for use of a greater quantity and combinations of usually contraindicated drugs requirement.
Removed language about physician documenting having considered use of an MDI prior to prescribing a nebulizer. Added pneumocystosis and complications of organ transplants as coverage criteria for E0565 or E0572 compressor used with filtered nebulizer (A7006).
Removed specific coverage criteria for dornase alpha, other than its being used for treatment of cystic fibrosis. Removed grandfathering language for aerosol compressors and small and large volume ultrasonic generators.
CODING GUIDELINES:
Added: Instructions on how to bill J7626 0.5mg as one unit of service.
Added definitions of equipment and inhalations drugs to this section of policy.
DOCUMENTATION REQUIREMENTS:
Added: Standard language concerning use of EY modifier for items without an order; standard language regarding excess quantity utilization;
Listed specific codes in which extra documentation should be attached to claim via hardcopy or narrative field

The revision dates listed below are the dates the revisions were published and not necessarily the effective dates for the revisions.

04/01/2002 - Expansion of coverage for large volume
nebulizers with saline or water for use with Tracheobronchial stents (519.1). Expansion of indications for use of pentamidine with added ICD-9 codes. Expansion of indications for use of mucolytics with added ICD-9 codes. New HCPCS E codes replace K codes. New HCPCS codes for inhaled corticosteroids. Revision of HCPCS code for albuterol to include levalbuterol and its proper billing unit.

04/01/2000 – Several K codes crosswalked to A codes or J codes. Added "reasonable and necessary" language in Coverage and Payment Rules section. Revised all references of previous K codes.

06/01/1997 – Removed E0575 information in Documentation section. K0171 removed from covered codes for small volume nebulizer in Coverage and Payment Rules section. K0171 is not medically necessary for the administration of medications other than pentamidine.

03/01/1997 – Refer to article entitled "Nebulizer Policy Update" in the March 1997 DMERC Dialogue for a detailed report of the revision.

**Reason for Change**

**Last Reviewed On Date**

**General Information**

**Documentation Requirements**


**Related Documents**

**Article(s)**
A24944 - Nebulizers - Policy Article - Effective July 2008


**LCD Attachments**

Response to Comments - June 2008 Revision (a comment and response document) (PDF - 28,888 bytes)


**Other Versions**

Updated on 04/16/2008 with effective dates 07/01/2008 - N/A

Updated on 04/04/2008 with effective dates 07/01/2008 - N/A

## Contractor Information

**Contractor Name**

National Government Services, Inc.

**Contractor Number**

17003

**Contractor Type**

DME MAC

## LCD Information

**LCD ID Number**

L27226

**LCD Title**

Nebulizers

**Contractor's Determination Number**

NEB

**AMA CPT / ADA CDT Copyright Statement**

CPT codes, descriptions and other data only are copyright 2007 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply. Current Dental Terminology, (CDT) (including procedure codes, nomenclature, descriptors and other data contained therein) is copyright by the American Dental Association. © 2002, 2004 American Dental Association. All rights reserved. Applicable FARS/DFARS apply.

**CMS National Coverage Policy**

CMS Manual System, Pub. 100-3, Medicare National Coverage Determinations Manual, Chapter 1, Section 200.2, 280.1

**Primary Geographic Jurisdiction**

Illinois
Indiana
Kentucky
Michigan
Minnesota
Ohio
Wisconsin

**Oversight Region**

Region V

**LCD Information**

**LCD ID Number**


**DME Region LCD Covers**

Jurisdiction B


**Original Determination Effective Date**

For services performed on or after 04/01/1997


**Original Determination Ending Date**



**Revision Effective Date**

For services performed on or after 07/01/2008


**Revision Ending Date**



**Indications and Limitations of Coverage and/or Medical Necessity**

For any item to be covered by Medicare, it must 1) be eligible for a defined Medicare benefit category, 2) be reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member, and 3) meet all other applicable Medicare statutory and regulatory requirements. For the items addressed in this medical policy, the criteria for "reasonable and necessary" are defined by the following indications and limitations of coverage and/or medical necessity.

For an item to be covered by Medicare, a written signed and dated order must be received by the supplier before a claim is submitted. If the supplier bills for an item addressed in this policy without first receiving the completed order, the item will be denied as not medically necessary.

A small volume nebulizer (A7003, A7004, A7005), related compressor (E0570, E0571), and FDA-approved inhalation solutions of the drugs listed below are covered when:

a) It is medically necessary to administer albuterol (J7611, J7613), budesonide (J7626), cromolyn (J7631), ipratropium (J7644), levalbuterol (J7612, J7614), or metaproterenol (J7669) for the management of obstructive pulmonary disease (ICD-9 diagnosis codes 491.0–508.9), or

b) It is medically necessary to administer formoterol (Q4099) or arformoterol (J7605) for the management of chronic obstructive pulmonary disease (ICD-9 diagnosis codes 491.0-492.8, 496) and the patient has a documented history of routine use of at least four doses per day of an FDA-approved albuterol or metaproterenol inhalation solution or at least three doses per day of an FDA-approved levalbuterol inhalation solution.

c) It is medically necessary to administer dornase alpha (J7639) to a patient with cystic fibrosis (ICD-9 diagnosis code 277.02) or

**LCD ID Number**

d) It is medically necessary to administer tobramycin (J7682) to a patient with cystic fibrosis or bronchiectasis (ICD-9 diagnosis code 277.02, 494.0, 494.1, 748.61, 011.50-011.56) or

e) It is medically necessary to administer pentamidine (J2545) to a patient with HIV (ICD-9 diagnosis code 042), pneumocystosis (ICD-9 diagnosis code 136.3), or complications of organ transplants (ICD-9 diagnosis codes 996.80-996.89), or

f) It is medically necessary to administer acetylcysteine (J7608) for persistent thick or tenacious pulmonary secretions (ICD-9 diagnosis codes 480.0-508.9, 786.4).

Compounded inhalation solutions (J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, J7685, and compounded solutions billed with J7699) will be denied as not medically necessary.

If none of the drugs used with a nebulizer are covered, the compressor, the nebulizer, and other related accessories/supplies will be denied as not medically necessary.

A large volume nebulizer (A7007, A7017), related compressor (E0565 or E0572), and water or saline (A4217 or A7018) are covered when it is medically necessary to deliver humidity to a patient with thick, tenacious secretions, who has cystic fibrosis (ICD-9 diagnosis code 277.02), bronchiectasis (ICD-9 diagnosis code 494.0, 494.1, 011.50-011.56 or 748.61), a tracheostomy (ICD-9 diagnosis code V44.0 or V55.0), or a tracheobronchial stent (ICD-9 diagnosis code 519.19). Combination code E0585 will be covered for the same indications.

An E0565 or E0572 compressor and filtered nebulizer (A7006) are also covered when it is medically necessary to administer pentamidine to patients with HIV (ICD-9 diagnosis code 042), pneumocystosis (ICD-9 diagnosis code 136.3) or complications of organ transplants (ICD-9 diagnosis codes 996.80-996.89).

Because there is no proven medical benefit to nebulizing particles to diameters smaller than achievable with a pneumatic compressor, when a small volume ultrasonic nebulizer (E0574) is ordered to administer a covered inhalation solution, payment will be based on the allowance for the least costly medically appropriate alternative, a pneumatic compressor (E0570).

Similarly, a large volume ultrasonic nebulizer (E0575) offers no proven clinical advantage over a pneumatic compressor. However, since code E0575 is in a different payment category than pneumatic compressors, payment for a least costly alternative cannot be made. Therefore, when an E0575 nebulizer is provided, it will be denied as not medically necessary as will any related accessories and supplies.

A battery-powered compressor (E0571) is rarely medically necessary. If an E0571 compressor is provided and the coverage criteria for code E0570 are met, payment will be based on the allowance for the least costly medically appropriate alternative, E0570.

A controlled dose inhalation drug delivery system (K0730) is covered when it is medically necessary to deliver the iloprost (Q4080) to patients with pulmonary artery hypertension (ICD-9 diagnosis codes 416.0 or 416.8) who meet the following criteria.

Iloprost (Q4080) is covered when both criteria 1 and 2 are met:

**LCD Information**

## LCD ID Number

1) The pulmonary hypertension is not secondary to pulmonary venous hypertension (e.g., left sided atrial or ventricular disease, left sided valvular heart disease, etc) or disorders of the respiratory system (e.g., chronic obstructive pulmonary disease, interstitial lung disease, obstructive sleep apnea or other sleep disordered breathing, alveolar hypoventilation disorders, etc.), and

2) The patient has primary pulmonary hypertension or pulmonary hypertension which is secondary to one of the following conditions: connective tissue disease, thromboembolic disease of the pulmonary arteries, human immunodeficiency virus (HIV) infection, cirrhosis, diet drugs, congenital left to right shunts, etc. If these conditions are present, the following criteria (a-d) must be met:

a) The pulmonary hypertension has progressed despite maximal medical and/or surgical treatment of the identified condition; and

b) The mean pulmonary artery pressure is greater than 25 mm Hg at rest or greater than 30 mm Hg with exertion; and

c) The patient has significant symptoms from the pulmonary hypertension (i.e., severe dyspnea on exertion, and either fatigability, angina, or syncope); and

d) Treatment with oral calcium channel blocking agents has been tried and failed, or has been considered and ruled out.

If the above criteria are not met the controlled dose inhalation drug delivery system (K0730) and the iloprost (Q4080) will be denied as not medically necessary.

If K0730 is used to administer any other covered nebulizer drug other than iloprost and the coverage criteria for E0570 are met, payment will be based on the allowance for the least costly medically appropriate alternative, E0570.

ACCESSORIES:

Accessories are separately payable if the related aerosol compressor and the individual accessories are medically necessary. The following table lists the compressor/generator, which is related to the accessories described. Other compressor/generator/accessory combinations are considered medically unnecessary.

Compressor/Generator **(Related Accessories)**
E0565 **(A4619, A7006, A7007, A7010, A7011, A7012, A7013, A7014, A7015, A7017, A7525, E1372)**
E0570 **(A7003, A7004, A7005, A7006, A7013, A7015, A7525)**
E0571 **(A7003, A7004, A7005, A7006, A7013, A7015, A7525)**
E0572 **(A7006, A7014)**
E0574 **(A7014, A7016)**
E0585 **(A4619, A7006, A7010, A7011, A7012, A7013, A7014, A7015, A7525)**
K0730 **(A7005)**

This array of accessories represents all possible combinations, but it may not be appropriate to bill any or all of the codes for one device.

The following table lists the usual maximum frequency of replacement for accessories. Claims for more than the usual maximum replacement amount must be supported by documentation in the patient's medical record, which must be available upon request.

Accessory **(Usual maximum replacement)**

**LCD Information**

**LCD ID Number**

A4619 **(One/month)**
A7003 **(Two/month)**
A7004 **(Two/month (in addition to A7003))**
A7005 **(One/6 months)**
A7005 **(One/3 months only with K0730)**
A7006 **(One/month )**
A7007 **(Two/month)**
A7010 **(One unit (100 ft.)/ 2 months)**
A7011 **(One/year)**
A7012 **(Two/month)**
A7013 **(Two/month)**
A7014 **(One/3 months)**
A7015 **(One/month)**
A7016 **(Two/year)**
A7017 **(One/3 years)**
A7525 **(One/month)**
E1372 **(One/3 years)**


INHALATION DRUGS AND SOLUTIONS:

The following table represents the maximum milligrams/month of inhalation drugs that are reasonably billed for each nebulized drug.

Acetylcysteine: **(up to 74 grams/month)**
Albuterol: **(up to 465 mg/month) - see below for exception**
Arformoterol: **(up to 930 micrograms per month (62 units per month))**
Budesonide: **(up to 31 mg/month (62 units/month))**
Cromolyn sodium: **(up to 2480 mg/month (248 units/month))**
Dornase alpha: **(up to 78 mg/month)**
Formoterol: **(up to 1240 micrograms per month) (62 units per month)**
Ipratropium bromide: **(up to 93 mg/month)**
Levalbuterol: **(up to 232.5 mg/month (465 units/month)) - see below for exception**
Metaproterenol: **(up to 2800 mg/month (280 units/month)) – see below for exception**
Pentamidine: **(up to 300 mg/month)**
Sterile saline or water, 10 ml/unit (A4216, A4218): **(up to 56 units per month)**
Distilled water, sterile water, or sterile saline in large volume nebulizer: **(up to 18 liters/month)**

When albuterol, levalbuterol, or metaproterenol are prescribed as rescue/supplemental medication for patients who are taking formoterol or arformoterol, the maximum milligrams/month that are reasonably billed are:
Albuterol: **(up to 78 mg/month)**
Levalbuterol: **(up to 39 mg/month (78 units/month))**
Metaproterenol: **(up to 470 mg/month (47 units/month))**

Claims for more than these amounts of drugs will be denied as not medically necessary unless there is documentation in the patient's medical record which justifies a larger amount in the individual case. This information must be available upon request.

The pharmacist is responsible for assessing how much inhalation solution a patient is actually using. Considering this information, the pharmacist is responsible for assuring that the patient has used almost all of his/her supply on hand prior to dispensing a new supply.

**LCD Information**

## LCD ID Number

When a "concentrated form" of an inhalation drug is covered, separate saline solution (A4216 or A4218 [metered dose]) used to dilute it will be separately reimbursed. Saline dispensed for the dilution of concentrated nebulizer drugs must be billed on the same claim as the drug(s) being diluted. If the unit dose form of the drug is dispensed, separate saline solution (A4216 or A4218 [metered dose]), will be denied as not medically necessary. Water or saline in 500 or 1000 ml quantities (A4217 or A7018) are not appropriate for use by patients to dilute inhalation drugs and will therefore be denied as not medically necessary if used for this purpose. These codes are only medically necessary when used in a large volume nebulizer (A7007, A7017, or E0585).

Albuterol, levalbuterol, and metaproterenol are all short-acting bronchodilators with beta-adrenergic stimulatory effect. It would rarely be medically necessary for a patient to be using more than one of these at a time. The use of more than one of these drugs at the same time will be denied as not medically necessary unless there is documentation in the patient's medical record supporting the medical necessity. Albuterol, levalbuterol, or metaproterenol is covered if it is used as a rescue/supplemental medication in addition to a long-acting beta-adrenergic agonist drug, formoterol or arformoterol.

Formoterol and arformoterol are long-acting bronchodilators with beta-adrenergic stimulatory effect. It would not be medically necessary for a patient to be using more than one of these at a time. The use of more than one of these drugs at the same time will be denied as not medically necessary.

The medical necessity for administering an FDA-approved unit dose combination of albuterol and ipratropium (J7620) compared to separate unit dose vials of albuterol and ipratropium has not been established. Therefore, effective for claims with dates of service on or after November 1, 2008, when one unit of service of code J7620 is billed, if coverage criteria are met, payment will be based on the allowance for the least costly medically appropriate alternative – 2.5 units of J7613 and 0.5 units of J7644.

Charges for the drugs, diluent, and dispensing fees may only be billed by the entity that actually dispenses the drug to the Medicare beneficiary and that entity must be permitted under all applicable federal, state, and local laws and regulations to dispense drugs. Only entities licensed in the state where they are physically located may submit a claim for nebulizer drugs. Physicians may submit a claim for drugs if all of the following conditions are met: the physician is 1) enrolled as a DMEPOS supplier with the National Supplier Clearinghouse, and 2) dispensing the drug(s) to the Medicare beneficiary, and 3) authorized by the State to dispense drugs as part of the physician's license. Claims submitted by entities not licensed to dispense drugs will be denied for lack of medical necessity.

## Coverage Topic

Durable Medical Equipment
Nebulizer

## Coding Information

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

0                                                              TBD

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**Revenue Codes:**

**Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory; unless specified in the policy services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.**

**CPT/HCPCS Codes**

The appearance of a code in this section does not necessarily indicate coverage.

HCPCS MODIFIERS:

EY - No physician or other licensed health care provider order for this item or service
KO - Single drug unit dose formulation.
KP - First drug of a multiple drug unit dose formulation.
KQ - Second or subsequent drug of a multiple drug unit dose formulation.
KX –Specified required documentation on file.

HCPCS CODES:
EQUIPMENT

| | |
|---|---|
| E0565 | COMPRESSOR, AIR POWER SOURCE FOR EQUIPMENT WHICH IS NOT SELF- CONTAINED OR CYLINDER DRIVEN |
| E0570 | NEBULIZER, WITH COMPRESSOR |
| E0571 | AEROSOL COMPRESSOR, BATTERY POWERED, FOR USE WITH SMALL VOLUME NEBULIZER |
| E0572 | AEROSOL COMPRESSOR, ADJUSTABLE PRESSURE, LIGHT DUTY FOR INTERMITTENT USE |
| E0574 | ULTRASONIC/ELECTRONIC AEROSOL GENERATOR WITH SMALL VOLUME NEBULIZER |
| E0575 | NEBULIZER, ULTRASONIC, LARGE VOLUME |
| E0585 | NEBULIZER, WITH COMPRESSOR AND HEATER |
| K0730 | CONTROLLED DOSE INHALATION DRUG DELIVERY SYSTEM |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

ACCESSORIES

| | |
|---|---|
| A4619 | FACE TENT |
| A7003 | ADMINISTRATION SET, WITH SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, DISPOSABLE |
| A7004 | SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, DISPOSABLE |
| A7005 | ADMINISTRATION SET, WITH SMALL VOLUME NONFILTERED PNEUMATIC NEBULIZER, NON-DISPOSABLE |
| A7006 | ADMINISTRATION SET, WITH SMALL VOLUME FILTERED PNEUMATIC NEBULIZER |
| A7007 | LARGE VOLUME NEBULIZER, DISPOSABLE, UNFILLED, USED WITH AEROSOL COMPRESSOR |
| A7008 | LARGE VOLUME NEBULIZER, DISPOSABLE, PREFILLED, USED WITH AEROSOL COMPRESSOR |
| A7009 | RESERVOIR BOTTLE, NON-DISPOSABLE, USED WITH LARGE VOLUME ULTRASONIC NEBULIZER |
| A7010 | CORRUGATED TUBING, DISPOSABLE, USED WITH LARGE VOLUME NEBULIZER, 100 FEET |
| A7011 | CORRUGATED TUBING, NON-DISPOSABLE, USED WITH LARGE VOLUME NEBULIZER, 10 FEET |
| A7012 | WATER COLLECTION DEVICE, USED WITH LARGE VOLUME NEBULIZER |
| A7013 | FILTER, DISPOSABLE, USED WITH AEROSOL COMPRESSOR |
| A7014 | FILTER, NONDISPOSABLE, USED WITH AEROSOL COMPRESSOR OR ULTRASONIC GENERATOR |
| A7015 | AEROSOL MASK, USED WITH DME NEBULIZER |
| A7016 | DOME AND MOUTHPIECE, USED WITH SMALL VOLUME ULTRASONIC NEBULIZER |
| A7017 | NEBULIZER, DURABLE, GLASS OR AUTOCLAVABLE PLASTIC, BOTTLE TYPE, NOT USED WITH OXYGEN |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| A7525 | TRACHEOSTOMY MASK, EACH |
| E0580 | NEBULIZER, DURABLE, GLASS OR AUTOCLAVABLE PLASTIC, BOTTLE TYPE, FOR USE WITH REGULATOR OR FLOWMETER |
| E1372 | IMMERSION EXTERNAL HEATER FOR NEBULIZER |

INHALATION DRUGS

| | |
|---|---|
| A4216 | STERILE WATER, SALINE AND/OR DEXTROSE, DILUENT/FLUSH, 10 ML |
| A4217 | STERILE WATER/SALINE, 500 ML |
| A4218 | STERILE SALINE OR WATER, METERED DOSE DISPENSER, 10 ML |
| G0333 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); INITIAL 30-DAY SUPPLY AS A BENEFICIARY |
| J2545 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MG |
| J7604 | ACETYLCYSTEINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER GRAM |
| J7605 | ARFORMOTEROL, INHALATION SOLUTION, FDA APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 15 MICROGRAMS |
| J7607 | LEVALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 0.5 MG |
| J7608 | ACETYLCYSTEINE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER GRAM |
| J7609 | ALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, 1 MG |
| J7610 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | ALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 1 MG |
| J7611 | ALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 1MG |
| J7612 | LEVALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, CONCENTRATED FORM, 0.5 MG |
| J7613 | ALBUTEROL, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTEREDTHROUGH DME, UNIT DOSE, 1MG |
| J7614 | LEVALBUTEROL, INHALATION SOLUTION, FA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE, 0.5 MG |
| J7615 | LEVALBUTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, 0.5 MG |
| J7620 | ALBUTEROL, UP TO 2.5 MG AND IPRATROPIUM BROMIDE, UP TO 0.5 MG, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME |
| J7622 | BECLOMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7624 | BETAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7626 | BUDESONIDE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, UP TO 0.5 MG |
| J7627 | BUDESONIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, UP TO 0.5 MG |
| J7628 | BITOLTEROL MESYLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7629 |  |

## Coding Information

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | BITOLTEROL MESYLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7631 | CROMOLYN SODIUM, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7632 | CROMOLYN SODIUM, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7634 | BUDESONIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER 0.25 MILLIGRAM |
| J7635 | ATROPINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7636 | ATROPINE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7637 | DEXAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7638 | DEXAMETHASONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7639 | DORNASE ALPHA, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7640 | FORMOTEROL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 12 MICROGRAMS |
| J7641 | FLUNISOLIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE, PER MILLIGRAM |
| J7642 | GLYCOPYRROLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |

## Coding Information

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7643 | GLYCOPYRROLATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7644 | IPRATROPIUM BROMIDE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7645 | IPRATROPIUM BROMIDE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7647 | ISOETHARINE HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7650 | ISOETHARINE HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7657 | ISOPROTERENOL HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7660 | ISOPROTERENOL HCL, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7667 | METAPROTERENOL SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, CONCENTRATED FORM, PER 10 MILLIGRAMS |
| J7669 | METAPROTERENOL SULFATE, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7670 | METAPROTERENOL SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 10 MILLIGRAMS |
| J7676 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MG |
| J7680 | TERBUTALINE SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| J7681 | TERBUTALINE SULFATE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7682 | TOBRAMYCIN, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, UNIT DOSE FORM, ADMINISTERED THROUGH DME, PER 300 MILLIGRAMS |
| J7683 | TRIAMCINOLONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, CONCENTRATED FORM, PER MILLIGRAM |
| J7684 | TRIAMCINOLONE, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER MILLIGRAM |
| J7685 | TOBRAMYCIN, INHALATION SOLUTION, COMPOUNDED PRODUCT, ADMINISTERED THROUGH DME, UNIT DOSE FORM, PER 300 MILLIGRAMS |
| J7699 | NOC DRUGS, INHALATION SOLUTION ADMINISTERED THROUGH DME |
| Q0513 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); PER 30 DAYS |
| Q0514 | PHARMACY DISPENSING FEE FOR INHALATION DRUG(S); PER 90 DAYS |
| Q4080 | ILOPROST, INHALATION SOLUTION, FDA-APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 20 MICROGRAMS |
| Q4099 | FORMOTEROL FUMARATE,INHALATION SOLUTION, FDA APPROVED FINAL PRODUCT, NON-COMPOUNDED, ADMINISTERED THROUGH DME, UNIT DOSE FORM, 20 MICROGRAMS |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**ICD-9 Codes that Support Medical Necessity**

The presence of an ICD-9 code listed in this section is not sufficient by itself to assure coverage. Refer to the section on "Indications and Limitations of Coverage and/or Medical Necessity" for other coverage criteria and payment information.

For HCPCS codes A4619, E0565, E0572:

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

For HCPCS codes A7013, A7014, A7015, A7525:

011.50 - 011.56

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

For HCPCS codes A7003, A7004, E0570, E0571, E0574:

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

For HCPCS codes A7006, J2545:

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

For HCPCS codes A4217, A7007, A7010, A7011, A7012, A7017, A7018, E0585, E1372:

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 519.19 | OTHER DISEASES OF TRACHEA AND BRONCHUS |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| V44.0 | TRACHEOSTOMY STATUS |
| V55.0 | ATTENTION TO TRACHEOSTOMY |

For HCPCS code A4216:

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 491.0 - 508.9 | |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

|  |  |
|---|---|
|  | SIMPLE CHRONIC BRONCHITIS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

For HCPCS codes J7608:

| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
|---|---|
| 786.4 | ABNORMAL SPUTUM |

For HCPCS codes J7611, J7612, J7613, J7614, J7620, J7626, J7631, J7644, J7669:

| 491.0 - 508.9 | SIMPLE CHRONIC BRONCHITIS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
|---|---|

For HCPCS code J7639:

| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
|---|---|

For HCPCS code J7682:

| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
|---|---|
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 494.0 | BRONCHIECTASIS WITHOUT ACUTE EXACERBATION |
| 494.1 | BRONCHIECTASIS WITH ACUTE EXACERBATION |
| 748.61 | CONGENITAL BRONCHIECTASIS |

For HCPCS codes K0730, Q4080

| 416.0 | PRIMARY PULMONARY HYPERTENSION |
|---|---|
| 416.8 | OTHER CHRONIC PULMONARY HEART DISEASES |

For HCPCS code A7005:

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| 011.50 - 011.56 | TUBERCULOUS BRONCHIECTASIS UNSPECIFIED EXAMINATION - TUBERCULOUS BRONCHIECTASIS TUBERCLE BACILLI NOT FOUND BY BACTERIOLOGICAL OR HISTOLOGICAL EXAMINATION BUT TUBERCULOSIS CONFIRMED BY OTHER METHODS (INOCULATION OF ANIMALS) |
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 136.3 | PNEUMOCYSTOSIS |
| 277.02 | CYSTIC FIBROSIS WITH PULMONARY MANIFESTATIONS |
| 416.0 | PRIMARY PULMONARY HYPERTENSION |
| 416.8 | OTHER CHRONIC PULMONARY HEART DISEASES |
| 480.0 - 508.9 | PNEUMONIA DUE TO ADENOVIRUS - RESPIRATORY CONDITIONS DUE TO UNSPECIFIED EXTERNAL AGENT |
| 748.61 | CONGENITAL BRONCHIECTASIS |
| 786.4 | ABNORMAL SPUTUM |
| 996.80 - 996.89 | COMPLICATIONS OF UNSPECIFIED TRANSPLANTED ORGAN - COMPLICATIONS OF OTHER SPECIFIED TRANSPLANTED ORGAN |

For J7605 or Q4099:

| | |
|---|---|
| 491.0 - 492.8 | SIMPLE CHRONIC BRONCHITIS - OTHER EMPHYSEMA |
| 496 | CHRONIC AIRWAY OBSTRUCTION NOT ELSEWHERE CLASSIFIED |

**Coding Information**

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

**Diagnoses that Support Medical Necessity**

Refer to the previous section for the specific HCPCS code indicated. For all other HCPCS codes listed in the policy refer to the section on "Indications and Limitations of Coverage and/or Medical Necessity" for other criteria and payment information.

**ICD-9 Codes that DO NOT Support Medical Necessity**

For the specific HCPCS codes indicated above, all ICD-9 codes that are not specified in the previous section.

For HCPCS codes A7009, E0575, J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, and J7685, all ICD-9 codes.

For all other HCPCS codes, ICD-9 codes are not specified.

**ICD-9 Codes that DO NOT Support Medical Necessity Asterisk Explanation**

**Diagnoses that DO NOT Support Medical Necessity**

For the specific HCPCS codes indicated above, all diagnoses that are not specified in the previous section.

For HCPCS codes A7009, E0575, J7604, J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7632, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7676, J7680, J7681, J7683, J7684, and J7685, all diagnoses.

For all other HCPCS codes, diagnoses are not specified.

**General Information**

**Documentation Requirements**

Section 1833(e) of the Social Security Act precludes payment to any provider of services unless "there has been furnished such information as may be necessary in order to determine the amounts due such provider." It is expected that the patient's medical records will reflect the need for the care provided. The patient's medical records include the physician's office records, hospital records, nursing home records, home health agency records, records from other healthcare professionals and test reports. This documentation must be available upon request.

An order for each item billed must be signed and dated by the treating physician, kept on file by the supplier, and made available upon request. Items billed before a signed and dated order has been received by the supplier must be submitted with an EY modifier added to each affected HCPCS code.

**General Information**

## Documentation Requirements

The order for any drug must clearly specify the type of solution to be dispensed to the patient and the administration instructions for that solution. The type of solution is described by a combination of (a) the name of the drug and the concentration of the drug in the dispensed solution and the volume of solution in each container, or (b) the name of the drug and the number of milligrams/grams of drug in the dispensed solution and the volume of solution in that container. Examples of (a) would be: albuterol 0.083% 3 ml; or albuterol 0.5% 20 ml; or cromolyn 20 mg/2 ml. An example of (b) is: albuterol 1.25 mg in 3 ml saline. For compounded inhalation solutions, the order must include the following statement prior to signature by the physician: compounded inhalation solution – not FDA-approved. Administration instructions must specify the amount of solution and frequency of use. Examples would be: 3 ml qid and prn - max 6 doses/24 hr.; or one ampule q 4 hr prn; or 0.5 ml diluted with saline to 3.0 ml tid and prn. A new order is required if there is a change in the type of solution dispensed or the administration instructions. For all inhalation drugs, a new order is required at least every 12 months even if the prescription has not changed.

An ICD-9 code describing the condition which necessitates nebulizer therapy must be included on each claim for equipment, accessories, and/or drugs.

If the drug being billed is Brovana (arformoterol)(J7605)or Perforomist (formoterol fumarate) (Q4099) and if the coverage criteria stated in the Indications and Limitations of Coverage section have been met, a KX modifier must be added to code J7605 or Q4099.

If all the coverage criteria described in the Indications and Limitations of Coverage section have been met for K0730 and/or Q4080 a KX modifier must be added to the code(s).

Situations which the medical record must specifically address include:

1) When billing for quantities of supplies greater than those described in the policy as the usual maximum amounts, there must be clear documentation in the patient's medical records corroborating the medical necessity of the current use.

2) If more than one beta-adrenergic or more than one anticholinergic inhalation drug is billed during the same month, there must be clear documentation in the patient's medical records corroborating the medical necessity of this current use.

When code E1399 is billed for miscellaneous equipment or accessories, the claim must be accompanied by a clear description of the item including the manufacturer and the model name/number if applicable.

When Not Otherwise Classified (NOC) drug code J7699 is billed for miscellaneous inhalation drugs, the claim must be accompanied by the detailed order information described above and a clear statement of the number of ampules/bottles of solution dispensed.

Refer to the Supplier Manual for more information on documentation requirements.

## Appendices

## Utilization Guidelines

Refer to Indications and Limitations of Coverage and/or Medical Necessity.

**General Information**

**Documentation Requirements**


**Sources of Information and Basis for Decision**

Phurrough S, Jacques L, Spencer F, et al. Nebulized Beta Adrenergic Agonist Therapy for Lung Disease. CMS Decision Memo, September 10, 2007 www.cms.hhs.gov/coverage


Combination albuterol and ipratropium


Benayoun S, Ernst P, Suissa S. The impact of combined inhaled bronchodilator therapy in the treatment of COPD. Chest 2001; 119:85-92


Campbell S. For COPD a combination of ipratropium bromide and albuterol sulfate is more effective than albuterol base. Arch Intern Med 1999; 159:156-160


Chrischilles E, Gilden D, Kubisiak J, et al. Delivery of ipratropium and albuterol combination therapy for chronic obstructive pulmonary disease: effectiveness of a two-in-one inhaler versus separate inhalers. Am J Manag Care 2002; 8:902-911


Combivent Inhalation Study Group. Routine nebulized ipratropium and albuterol together are better than either alone in COPD. Chest 1997; 112:1514-1521


Dorinsky P, Reisner C, Ferguson G, et al. The combination of ipratropium and albuterol optimizes pulmonary function reversibility testing in patients with COPD. Chest 1999; 115:966-971


Friedman M, Serby D, Menjoge S, et al. Pharmacoeconomic evaluation of a combination of ipratropium plus albuterol compared with ipratropium alone and albuterol alone in COPD. Chest 1999; 115:635-641


Levin, D, Little, K, Laughlin, et al. Addition of anticholinergic solution prolongs bronchodilator effect of beta 2 agonist in patients with chronic obstructive pulmonary disease. Am. J Med 1996; 100(1A):40S-43S



**Advisory Committee Meeting Notes**

Written comments received at the Open Meeting are included in the Response to Comments document with all other written comments received during the comment period.


**Start Date of Comment Period**

03/24/2006


**End Date of Comment Period**

05/08/2006


**Start Date of Notice Period**

04/10/2008


**Revision History Number**

**General Information**

**Documentation Requirements**

NEB011


**Revision History Explanation**

Revision Effective Date: 07/01/2008 unless otherwise noted (June 2008 Publication)
INDICATIONS AND LIMITATIONS OF COVERAGE:
Removed: Least costly alternative statement for levalbuterol
Revised: Effective date for implementation of least costly alternative statement for albuterol/ipratropium combination (DuoNeb – J7620)
Removed: Bibliography references to levalbuterol


Revision Effective Date: 07/01/2008 (April Publication)
NATIONAL COVERAGE POLICY:
Added: NCD 200.2
INDICATIONS AND LIMITATIONS OF COVERAGE:
Substituted: J7611-J7614 for Q4093, Q4094
Added: Q4099 as a new code for formoterol
Added: Coverage criteria and maximum covered amount for formoterol.
Added: J7604, J7632, and J7676 to the list of compounded drugs that are not covered.
Added: Statement about denial if both formoterol and arformoterol are provided
Added: Least costly alternative statement for levalbuterol.
Added: Least costly alternative statement for unit dose combinations of albuterol and ipratropium.
Revised: Coverage criteria for arformoterol.
Revised: Statements concerning use of rescue medication to include use with formoterol.
HCPCS CODES AND MODIFIERS:
Added: J7604, J7605, J7632, J7676 (effective 1/1/08)
Added: J7611, J7612, J7613, J7614, Q4099 (effective 4/1/08)
Revised: J2545, J7608, J7631, J7639, Q4080 (effective 1/1/08)
Deleted: Q4093, Q4094 (effective 1/1/08)
(Note: Codes J7602 and J7603 were effective 1/1/08 – 3/31/08.)
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: J7605, J7611-J7614,Q4099
Removed: Q4093, Q4094
Added: Covered diagnosis codes for formoterol.
ICD-9 CODES/ DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Added: J7604, J7632, J7676
DOCUMENTATION REQUIREMENTS:
Added: Instructions for use of the KX modifier with Perforomist (formoterol).
Revised: Instructions for use of the KX modifier with Brovana (arformoterol).
SOURCES OF INFORMATION/ BASIS FOR DECISION:
Added: Bibliography
LCD ATTACHMENTS:
Added: Response to Comments – April 2008


3/1/2008- In accordance with Section 911 of the Medicare Modernization Act, this policy was transitioned to DME MAC National Government Services (17003) LCD L27226 from DME PSC TriCenturion (77011) LCD L11499.


Revision Effective Date : 07/01/2007 (June publication)
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added coverage criteria and maximum covered amount for arformoterol.
Revised statement about J7699 to say that it will be denied when it is used to bill for a compounded inhalation solution.

**General Information**

**Documentation Requirements**

Added coverage statement and maximum covered amount for albuterol, levalbuterol, and metaproterenol when used in addition to arformoterol.
Substituted code Q4093 and Q4094 for J7611-J7614.
HCPCS CODES:
Added: Q4093, Q4094
Deleted: J7611, J7612, J7613, J7614
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added: Q4093, Q4094
Deleted: J7611, J7612, J7613, J7614
Added covered diagnosis codes for arformoterol.
ICD-9 CODES/DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Removed J7699 from the list.
DOCUMENTATION REQUIREMENTS:
Added instructions for use of the KX modifier with arformoterol


Revision Effective Date : 07/01/2007 (March publication)
INDICATIONS AND LIMITATIONS OF COVERAGE:
Eliminated coverage for atropine, beclomethasone, betamethasone, bitolterol, dexamethasone, flunisolide, glycopyrrolate, isoetharine, terbutaline, triamcinolone, and all other compounded inhalation solutions.
Changed ICD-9 code 519.1 to 519.19.
Deleted the statement concerning providing information on a claim about the need for a portable compressor.
Added utilization guideline for budesonide.
HCPCS CODES AND MODIFIERS:
(HCPCS code changes were effective 01/01/2007.)
Added: J7607, J7609, J7610, J7615, J7634, J7640, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7685
Revised: J7611, J7612, J7613, J7614, J7620, J7622, J7624, J7626, J7627, J7628, J7629, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7644, J7669, J7680, J7681, J7682, J7683, J7684, Q4080
Removed: J7633, J7648, J7649, J7658, J7659, J7668
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Changed ICD-9 code 519.1 to 519.19.
Added 416.0 and 416.8 to covered codes for A7005
Removed J7622, J7624, J7627, J7628, J7629, J7633, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7648, J7649, J7658, J7659, J7668, J7680, J7681, J7683, J7684
ICD-9 CODES AND DIAGNOSES THAT DO NOT SUPPORT MEDICAL NECESSITY:
Added J7607, J7609, J7610, J7615, J7622, J7624, J7627, J7628, J7629, J7634, J7635, J7636, J7637, J7638, J7640, J7641, J7642, J7643, J7645, J7647, J7650, J7657, J7660, J7667, J7670, J7680, J7681, J7683, J7684, J7685, J7699
DOCUMENTATION REQUIREMENTS:
Added a requirement for a specific statement on orders for compounded inhalation solutions.


03/01/2006 - In accordance with Section 911 of the Medicare Modernization Act of 2003, this policy was transitioned to DME PSC TriCenturion (77011) from DMERC Tricenturion (77011).


Revision Effective Date 01/01/2006
INDICATIONS AND LIMITATIONS OF COVERAGE AND MEDICAL NECESSITY:
Inserted new HCPCS Codes A4216,A4218 and deleted codes J7051 and J7699 where appropriate.
Added coverage statement for code A7007.
Added A7007 to the related code table for E0565.
Added A7007 to usual maximum amount.
Added usual maximum amount for A4216 and A4218.
HCPCS CODES & MODIFIERS:
Added HCPCS codes A4218, G0333, J7620, J7627, Q0513, Q0514
Verbiage revision to description of HCPCS codes A4216, J7626

**General Information**

**Documentation Requirements**

Deleted HCPCS codes J7051, J7616, G0371 and G0374.
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added J7620 and J7627 to the list of codes requiring ICD-9 code 491.0-508.9, deleted J7616.
Added A7007 to the 5th paragraph of HCPCS codes requiring specific ICD-9 codes.
Added A4216 and deleted A7051 from the 6th paragraph of HCPCS codes requiring specific ICD-9 codes.
DOCUMENTATION REQUIREMENTS:
Revised E1399 and J7699 documentation requirements.


Revision Effective Date: 10/01/2005
HCPCS CODES & MODIFIERS:
Added codes: K0730 and Q4080 and KX modifier
INDICATIONS AND LIMITATIONS OF COVERAGE AND/OR MEDICAL NECESSITY:
Added criterion for K0730 and Q4080
ICD-9 CODES THAT SUPPORT MEDICAL NECESSITY:
Added diagnoses codes 416.0, 416.8, necessary for codes K0730 and Q4080
DOCUMENTATION REQUIREMENTS:
Added KX modifier requirement for K0730 and Q4080.


Revision Effective Date: 04/01/2005
LMRP converted to LCD and Policy Article
HCPCS CODES & MODIFIERS:
Added Codes: J7611, J7612, J7613, J7614, J7616, G0371, G0374
Deleted Codes: J7618, J7619, J7621, E0590
INDICATIONS AND LIMITATIONS OF MEDICAL NECESSITY:
Tobramycin coverage expanded.


Revision Effective Date: 04/01/2004
HCPCS CODES AND MODIFIERS:
Added: A4217, A7525, J7621
Deleted: A4621, A7019, A7020
INDICATIONS AND LIMITATIONS:
Added references to new HCPCS codes.
CODING GUIDELINES:
Added references to new HCPCS codes.
Clarified use of J7699.
Added billing guidelines for J7621.
Removed billing guidelines for A4323.
Added correct coding guidelines for compounded albuterol and ipratropium.
Added instructions for billing metered dose sterile saline products.


Revision effective date: 04/01/2003
HCPCS CODES AND MODIFIERS:
Added: EY modifier, J7633
Revised: E0574, J7626
INDICATIONS AND LIMITATIONS OF COVERAGE:
Added standard language concerning coverage of items without an order.
Added standard language concerning the medical necessity for use of a greater quantity and combinations of usually contraindicated drugs requirement.
Removed language about physician documenting having considered use of an MDI prior to prescribing a nebulizer. Added pneumocystosis and complications of organ transplants as coverage criteria for E0565 or E0572 compressor used with filtered nebulizer (A7006).

**General Information**

**Documentation Requirements**

Removed specific coverage criteria for dornase alpha, other than its being used for treatment of cystic fibrosis. Removed grandfathering language for aerosol compressors and small and large volume ultrasonic generators.

CODING GUIDELINES:

Added: Instructions on how to bill J7626 0.5mg as one unit of service.

Added definitions of equipment and inhalations drugs to this section of policy.

DOCUMENTATION REQUIREMENTS:

Added: Standard language concerning use of EY modifier for items without an order; standard language regarding excess quantity utilization;

Listed specific codes in which extra documentation should be attached to claim via hardcopy or narrative field

The revision dates listed below are the dates the revisions were published and not necessarily the effective dates for the revisions.

04/01/2002 - Expansion of coverage for large volume

nebulizers with saline or water for use with Tracheobronchial stents (519.1). Expansion of indications for use of pentamidine with added ICD-9 codes. Expansion of indications for use of mucolytics with added ICD-9 codes. New HCPCS E codes replace K codes. New HCPCS codes for inhaled corticosteroids. Revision of HCPCS code for albuterol to include levalbuterol and its proper billing unit.

04/01/2000 – Several K codes crosswalked to A codes or J codes. Added "reasonable and necessary" language in Coverage and Payment Rules section. Revised all references of previous K codes.

06/01/1997 – Removed E0575 information in Documentation section. K0171 removed from covered codes for small volume nebulizer in Coverage and Payment Rules section. K0171 is not medically necessary for the administration of medications other than pentamidine.

03/01/1997 – Refer to article entitled "Nebulizer Policy Update" in the March 1997 DMERC Dialogue for a detailed report of the revision.

06/01/2007 - In accordance with Section 911 of the Medicare Modernization Act of 2003, Virginia and West Virginia were transitioned from DME PSC TriCenturion (77011) to DME PSC TrustSolutions (77012).

**Reason for Change**

**Last Reviewed On Date**

**Related Documents**

**Article(s)**

A47233 - Nebulizers - Policy Article - Effective July 2008

**LCD Attachments**

Nebulizers - Response to Comments - Revision - June 2008 (PDF - 28,888 bytes)

**Other Versions**

**Other Versions**

Updated on 04/04/2008 with effective dates 07/01/2008 - N/A

Updated on 02/27/2008 with effective dates 07/01/2007 - 06/30/2008