UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETTE K. COAKLEY et al., )<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>CIGNA GOVERNMENT SERVICES, )<br>LLC et al., )<br>)<br>      Defendants. )<br>)<br>) | Civil Action No. 1:08-cv-00976 (EGS) |

**NOTICE OF COUNSEL SCHEDULE**

In the event that this Court may consider setting a hearing on Defendants' motion to dismiss the complaint, the undersigned counsel wishes to notify the Court that he is scheduled to be away on vacation and personal travel on August 5-7 and August 12-15.  Thank you.

Dated:  August 4, 2008                                                                        Respectfully submitted,

/s/ Stephen B. Kinnaird
Stephen B. Kinnaird
D.C. Bar No. 454271
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711
Email:  skinnaird@sidley.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing NOTICE OF COUNSEL SCHEDULE to be served upon the following counsel for Defendants in this matter through the Court's Electronic Filing System on this 4th day of August, 2008:

| **Mark D. Polston** | **Jocelyn Stephanie Beer** | **Christopher Blake Harwood** |
|---|---|---|
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | U.S. Attorney's Office |
| 330 Independence Ave., S.W. | 330 Independence Ave., S.W. | 555 Fourth Street, N.W. |
| 5300 Cohen Building | Room 5309 | Suite 4220 |
| Washington, D.C. 20201 | Washington, D.C. 20201 | Washington, D.C. 20530 |
| Telephone: (202) 619-2792 | Telephone: (202) 205-3564 | Telephone: (202) 307-0372 |
| Facsimile: (202) 822-6995 | jocelyn.beer@hhs.gov | christopher.harwood@usdoj.gov |
| mark.polston@hhs.gov | | |

/s/ Stephen B. Kinnaird
Stephen B. Kinnaird