AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JEANETTE K. COAKLEY, et al.,

      Plaintiff(s)      )    **APPEARANCE**

vs.      )    CASE NUMBER    1:08-cv-00976 (EGS)

CIGNA GOVERNMENT SERVICES, LLC, et al.,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Patrick Morrisey  as counsel in this
           (Attorney's Name)

case for: Jeanette K. Coakley, Frances W. Royster, Theresa A. Torrisi, Eunice L. Kozireski
      (Name of party or parties)

September 3, 2008
Date

*(Signature)*

459399
BAR IDENTIFICATION

Patrick Morrisey
Print Name

1501 K. Street, N.W.
Address

Washington, DC  20005
City    State    Zip Code

(202) 736-8000
Phone Number