# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANETTE K. COAKLEY et al.,          )<br>       Plaintiffs,          )<br>                                      )<br>     v.                          )<br>                                      )<br>CIGNA GOVERNMENT SERVICES,            )<br>LLC et al.,                           )<br>                                      )<br>       Defendants.         )<br>                                      )<br>                                      ) | Civil Action No. 1:08-cv-00976 (EGS) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jeanette K. Coakley, Frances W. Royster, Eunice L. Kozireski, and Theresa A. Torrisi voluntarily dismiss all claims against Defendants in the above-captioned action. Pursuant to Rule 41(a)(1)(B), the dismissal is without prejudice.

Dated: November 5, 2008

                                        Respectfully submitted,

                                      /s/ Patrick Morrisey
                                      Patrick Morrisey
                                      D.C. Bar No. 459399
                                      SIDLEY AUSTIN LLP
                                      1501 K Street, N.W.
                                      Washington, D.C. 20005
                                      Telephone: (202) 736-8000
                                      Facsimile: (202) 736-8711
                                      Email: pmorrisey@sidley.com
                                      *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be served upon the following counsel for Defendants in this matter through the Court's Electronic Filing System on this 5th day of November, 2008:

| Mark D. Polston | Jocelyn Stephanie Beer | Christopher Blake Harwood |
|---|---|---|
| U.S. Department of Health & Human Services<br>330 Independence Ave., S.W.<br>5300 Cohen Building<br>Washington, D.C. 20201<br>Telephone: (202) 619-2792<br>Facsimile: (202) 822-6995<br>mark.polston@hhs.gov | U.S. Department of Health & Human Services<br>330 Independence Ave., S.W.<br>Room 5309<br>Washington, D.C. 20201<br>Telephone: (202) 205-3564<br>jocelyn.beer@hhs.gov | U.S. Attorney's Office<br>555 Fourth Street, N.W.<br>Suite 4220<br>Washington, D.C. 20530<br>Telephone: (202) 307-0372<br>christopher.harwood@usdoj.gov |

/s/ Patrick Morrisey
Patrick Morrisey